LAW OFFICES OF THOMAS W. FALVEY
THOMAS W. FALVEY, SBN 65744
MICHAEL H. BOYAMIAN, SBN 256107
ARMAND R. KIZIRIAN, SBN 293992
550 North Brand Boulevard, Suite 1500
Glendale, California 91203
Telephone:   (818) 547-5200
Facsimile:    (818) 500-9307
E-mail:        thomaswfalvey@gmail.com, mike.falveylaw@gmail.com,
                    armand.falveylaw@gmail.com

HARTOUNIAN LAW FIRM
ALEX HARTOUNIAN, SBN 252210
2626 Foothill Boulevard, Suite 250
La Crescenta, California 91214
Telephone:   (818) 794-9675
Facsimile:    (818) 459-6997
E-mail: alex@h-lf.com

Attorneys for Plaintiff JENNIFER PAE,
individually and on behalf of all others similarly situated.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PAE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FOX RESTAURANT CONCEPTS, LLC d/b/a TRUE FOOD KITCHEN; a Arizona limited liability company; FRC TRUE FOOD SMP, LLC, a California limited liability company; FRC TRUE FOOD SDFV, LLC, a California limited liability company; FRC TRUE FOOD NBFI, LLC, a California limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-06965-DSF-FFM<br>*Assigned to Hon. Dale S. Fischer*<br><br>[CLASS ACTION]<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO REMAND**<br><br>[FILED CONCURRENTLY WITH PLAINTIFF'S MOTION TO REMAND; DECLARATION OF ARMAND R. KIZIRIAN; [PROPOSED] ORDER]<br><br>Date:        November 14, 2016<br>Time:        1:30 p.m.<br>Courtroom:  840 – 8th Floor, Roybal |

**TO THE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE THAT** Plaintiff Jennifer Pae ("Plaintiff"), by and through her attorneys of record, hereby requests the Court to take judicial notice pursuant to Federal Rules of Evidence, Rule 201(b) of the following in support of her Motion to Remand:

    1.    Attached as Exhibit "2", a true and correct copy of the webpage for the Santa Monica branch of the True Food Kitchen restaurant chain. The cited webpage is located at http://www.truefoodkitchen.com/locations/santa-monica/ and was accessed on October 17, 2016.

    2.    Attached as Exhibit "3", a true and correct copy of the webpage for the Santa Monica branch of the True Food Kitchen restaurant chain. The cited webpage is located at http://www.truefoodkitchen.com/locations/san-diego/ and was accessed on October 17, 2016.

    3.    Attached as Exhibit "4", a true and correct copy of the webpage for the Santa Monica branch of the True Food Kitchen restaurant chain. The cited webpage is located at http://www.truefoodkitchen.com/locations/newport-beach/ and was accessed on October 17, 2016.

    Rule 201(b)(2) of the Federal Rules of Evidence states: "The court may judicially notice a fact that is not subject to reasonable dispute because it - can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Further, Rule 201(c)(2) of the Federal Rules of Evidence states: "The court - must take judicial notice if a party requests it and the court is supplied with the necessary information."

///

///

///

///

///

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO REMAND**

2

Plaintiff has furnished this Court with sufficient information to enable it to take judicial notice of the documents attached hereto.  Judicial notice is accordingly appropriate.

Dated:  October 17, 2016

Respectfully submitted,

**LAW OFFICES OF THOMAS W. FALVEY**

**HARTOUNIAN LAW FIRM**


By:   /s/ Armand R. Kizirian
      Armand R. Kizirian, Esq.
Attorneys for PLAINTIFF JENNIFER PAE and all other similarly situated

# Exhibit "2"

True food kitchen

About (/#about)   Locations & Menus (/#locations)   Events (/#events)   Contact (/#contact)   Group Dining (http://www.foxrcevents.com/)

Gift Cards (http://thefox.securetree.com/Products/Gift-Cards/)   Careers (/careers/)   True Wellness (http://www.truewellnessbytrue.com)

Shop True (http://www.Shoptruefoodkitchen.com)

# SANTA MONICA

Santa Monica Place
395 Santa Monica Place,
Suite 172
Santa Monica, California,
90401
Get Directions
(https://maps.google.com/maps?
q=395 Santa Monica Place,
Suite 172,Santa
Monica,California,90401)

310.593.8300 (tel:3105938300)

310.593.8301



Like 75K

Google

(https://maps.google.com/maps?ll=34.011666,-118.49395&z=15&hl=en-US&gl=US&mapclient=apiv3)   Map data ©2016 Google

*Make Reservations*

*(http://www.opentable.com/single.aspx?*

*rid=214300&restref=214300)*

*Group Dining*

*(http://www.foxrcevents.com/location/true-*

## OUR MENUS

FULL (HTTP://WWW.TRUEFOODKITCHEN.COM/WP-CONTENT/UPLOADS/2016/10/TRUEFOODKITCHEN_ELSEGUNDO_SANTAMONICA_FULL_10052016_WEB...
BRUNCH (HTTP://WWW.TRUEFOODKITCHEN.COM/WP-CONTENT/UPLOADS/2016/10/TRUEFOODKITCHEN_ELSEGUNDO_SANTAMONICA_BRUNCH_10...
KIDS (HTTP://WWW.TRUEFOODKITCHEN.COM/WP-CONTENT/UPLOADS/2016/10/TRUEFOODKITCHEN_AUSTIN_CA_KIDS_10052016_WEB.PDF)
DESSERT (HTTP://WWW.TRUEFOODKITCHEN.COM/WP-CONTENT/UPLOADS/2016/10/TRUEFOODKITCHEN_DESSERT_10052016_WEB.PDF)







**SUBSCRIBE TO EBITES**

Receive exclusive news about restaurant openings, special offers, VIP invitations and other exciting information.

*About (/#about)     Locations & Menus (/#locations)     Events (/events)     Contact (/#contact)     Group Dining (http://www.foxrcevents.com/)*

Sign Up (http://www.frcebites.com/true-food-kitchen/)

*Gift Cards (http://thefox.securetree.com/Products/Gift-Cards/)     Careers (/careers/)     True Wellness (http://www.truewellnessbytrue.com)*

*Shop True (http://www.Shoptruefoodkitchen.com)*

(http://www.foxrc.com/)

*Learn More About Fox Restaurant Concepts (http://www.foxrc.com/)*

© Fox Restaurant Concepts 2014 | Privacy Policy (http://www.truefoodkitchen.com/privacy-policy/)

Exhibit "3"



About (/#about)     Locations & Menus (/#locations)     Events (/#events)     Contact (/#contact)     Group Dining (http://www.foxrcevents.com/)

Gift Cards (http://thefox.securetree.com/Products/Gift-Cards/)     Careers (/careers/)     True Wellness (http://www.truewellnessbytrue.com)

Shop True (http://www.Shoptruefoodkitchen.com)

# SAN DIEGO

Fashion Valley Mall
7007 Friars Rd #394
San Diego, California 92108

Get Directions
(https://maps.google.com/maps?
q=7007 Friars Rd #394,San
Diego,California,92108)

619.810.2929 (tel:6198102929)

Like 75K

Make Reservations

(http://www.opentable.com/single.aspx

rid=214321&restref=214321)

Group Dining

(http://www.foxrcevents.com/location/true-

food-kitchen-san-diego/)



# OUR MENUS

FULL (HTTP://WWW.TRUEFOODKITCHEN.COM/WP-CONTENT/UPLOADS/2016/10/TRUEFOODKITCHEN_SANDIEGO_FULL_10052016_WEB.PDF)
BRUNCH (HTTP://WWW.TRUEFOODKITCHEN.COM/WP-CONTENT/UPLOADS/2016/10/TRUEFOODKITCHEN_SANDIEGO_BRUNCH_10052016_WEB.PDF)
KIDS (HTTP://WWW.TRUEFOODKITCHEN.COM/WP-CONTENT/UPLOADS/2016/10/TRUEFOODKITCHEN_AUSTIN_CA_KIDS_10052016_WEB.PDF)
DESSERT (HTTP://WWW.TRUEFOODKITCHEN.COM/WP-CONTENT/UPLOADS/2016/10/TRUEFOODKITCHEN_DESSERT_10052016_WEB.PDF)



  



## SUBSCRIBE TO EBITES

Receive exclusive news about restaurant openings, special offers, VIP invitations and other exciting information.

About (/#about)    Locations & Menus (/#locations)    Events (/#events)    Contact (/#contact)    Group Dining (http://www.foxrcevents.com/)

Gift Cards (http://thefox.securetree.com/Products/Gift-Cards/)    Careers (/careers/)    True Wellness (http://www.truewellnessbytrue.com)

Shop True (http://www.Shoptruefoodkitchen.com)    *Sign Up (http://www.frcebites.com/true-food-kitchen/)*

FRC (http://www.foxrc.com/)

*Learn More About Fox Restaurant Concepts (http://www.foxrc.com/)*

© Fox Restaurant Concepts 2014 | Privacy Policy (http://www.truefoodkitchen.com/privacy-policy/)

Exhibit "4"

About (/#about)   Locations & Menus (/#locations)   Events (/#events)   Contact (/#contact)   Group Dining (http://www.foxrcevents.com/)

Gift Cards (http://thefox.securetree.com/Products/Gift-Cards/)   Careers (/careers/)   True Wellness (http://www.truewellnessbytrue.com/)

Shop True (http://www.Shoptruefoodkitchen.com)

# NEWPORT BEACH

Fashion Island
451 Newport Center Drive
Newport Beach, California 92660
Get Directions (https://maps.google.com/maps?q=451 Newport Center Drive,Newport Beach,California,92660)

949.644.2400 (tel:9496442400)

Like 75K

*Make Reservations (http://www.opentable.com/single.aspx?rid=214297&restref=214297)*

*Group Dining (http://www.foxrcevents.com/location/true-food-kitchen-newport/)*

# OUR MENUS

FULL (HTTP://WWW.TRUEFOODKITCHEN.COM/WP-CONTENT/UPLOADS/2016/10/TRUEFOODKITCHEN_NEWPORT_FULL_10052016_WEB.PDF)
BRUNCH (HTTP://WWW.TRUEFOODKITCHEN.COM/WP-CONTENT/UPLOADS/2016/10/TRUEFOODKITCHEN_NEWPORT_BRUNCH_10052016_WEB.PDF)
KIDS (HTTP://WWW.TRUEFOODKITCHEN.COM/WP-CONTENT/UPLOADS/2016/10/TRUEFOODKITCHEN_AUSTIN_CA_KIDS_10052016_WEB.PDF)
DESSERT (HTTP://WWW.TRUEFOODKITCHEN.COM/WP-CONTENT/UPLOADS/2016/10/TRUEFOODKITCHEN_DESSERT_10052016_WEB.PDF)





**True Food** *kitchen*

About (/#about)    Locations & Menus (/#locations)    Events (/#events)    Contact (/#contact)    Group Dining (http://www.foxrcevents.com/)

Gift Cards (http://thefox.securetree.com/Products/Gift-Cards/)    Careers (/careers/)    True Wellness (http://www.truewellnessbytrue.com)

Shop True (http://www.Shoptruefoodkitchen.com)

## SUBSCRIBE TO EBITES

Receive exclusive news about restaurant openings, special offers, VIP invitations and other exciting information.

Sign Up (http://www.frcebites.com/true-food-kitchen/)

 (http://www.foxrc.com/)

*Learn More About Fox Restaurant Concepts (http://www.foxrc.com/)*

© Fox Restaurant Concepts 2014 | Privacy Policy (http://www.truefoodkitchen.com/privacy-policy/)