UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-6965 DSF (FFMx) | Date | July 18, 2017 |
|---|---|---|---|
| Title | JENNIFER PAE v. FOX RESTAURANT CONCEPTS, LLC, et al. | | |

Present: The Honorable  Frederick F. Mumm, United States Magistrate Judge

| James Munoz | CS 07/18/17 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

Attorney Present for Plaintiff:  Attorney Present for Defendant:

Armand Kizirian  David Cheng
Michael Boyamian

**Proceedings:** PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PAY – 45

Case called. Counsel make their appearance. Court hears argument.

Plaintiff's motion to compel is granted as stated on the record.

:10
JM