1 Stephen R. Lueke, Bar No. 115906
slueke@fordharrison.com
2 Daniel B. Chammas, Bar No. 204825
dchammas@fordharrison.com
3 David L. Cheng, Bar No. 240926
dcheng@fordharrison.com
4 FORD & HARRISON, LLP
350 South Grand Avenue, Suite 2300
5 Los Angeles, CA  90071
Telephone:  (213) 237-2400
6 Facsimile:   (213) 237-2401

7 Attorneys for Defendants
Fox Restaurant Concepts LLC,
8 FRC True Food SMP LLC, FRC True Food
SDFV LLC and FRC True Food NBFI LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PAE, an individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOX RESTAURANT CONCEPTS, LLC d/b/a TRUE FOOD KITCHEN; a Arizona limited liability company; *et al.*,<br><br>Defendants. | CASE NO.  2:16-cv-06965-DSF-FFM<br>[Hon. Judge Dale S. Fischer]<br><br>**[CLASS ACTION]**<br><br>**INDEX OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:       October 30, 2017<br>Time:      1:30 p.m.<br>Dept.:     7D – First Street Courthouse<br><br>Action filed:  July 22, 2016<br>Date of Removal:  September 16, 2016<br>Trial Date: June 19, 2018 |

WSACTIVELLP:9381759.1

INDEX OF EVIDENCE ISO MOTION FOR PARTIAL
SUMMARY JUDGMENT
CASE NO. 16-CV-06965

-1-

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

In support of their Motion for Partial Summary Judgment, Defendants Fox Restaurant Concepts LLC ("FRC"); FRC True Food SMP LLC ("SMP"); FRC True Food SDFV LLC ("SDFV"); and FRC True Food NBFI LLC ("NBFI"), by and through their attorneys, respectfully submit the following Index of Evidence in Support of their Motion.

**Tab 1.     Declaration of David L. Cheng**

   **Exhibit A**—Relevant portions of deposition transcript of Alain Ané, taken on March 2, 2017

   **Exhibit B**—Relevant portions of the deposition transcript of Plaintiff Jennifer Pae, taken on January 25, 2017

   **Exhibit C**—Document entitled "HotSchedules," bates-labelled P-JP-000204

   **Exhibit D**—Relevant portions of the deposition transcript of Neil Solomon, taken on June 27, 2017

   **Exhibit E**— Plaintiff's signed acknowledgment of receipt of Defendants' Employee Handbook, bates-labelled P-JP-00013.

**Tab 2.     Declaration of Alain Ané**

   **Exhibit 1**—Employee Handbook, bates-labelled PAE-TFK 00088 through 124

   **Exhibit 2**— Managing Within the Law Essentials Training Policy, bates-labelled PAE-TFK000883

   **Exhibit 3**— Pay … the Right Way Tool Kit, bates-labelled PAE-TFK 000548 through 583

   **Exhibit 4**— Employee Onboarding Tool Kit, bates-labelled PAE-TFK 000320 through 343

   **Exhibit 5**— Attire Guidelines, bates-labelled PAE-TFK 000458 through 459

Ford & Harrison LLP
Attorneys At Law
Los Angeles

WSACTIVELLP:9381759.1

INDEX OF EVIDENCE ISO MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 16-CV-06965

-2-

| Tab 3. | Request for Judicial Notice |
|---|---|
| | **Exhibit 1—** *Minimum Wage*, *available at* http://www.dir.ca.gov/dlse/minimumwage.pdf |
| | **Exhibit 2—** DLSE Opinion Letter dated Sep. 18, 1990, *available at* http://www.dir.ca.gov/dlse/opinions/1990-09-18.pdf |

Dated: October 2, 2017

Respectfully submitted,

FORDHARRISON, LLP

By: */s/ David L. Cheng*
   David L. Cheng
   Attorneys for Defendants