# Introduction

## Welcome

Congratulations on joining the Fox Restaurant Concepts team!

We are issuing you this handbook so that you may familiarize yourself with our practices.  We have done our best to **not** have too much "lawyer-like" language, but sometimes there is no better way to capture important information.  We want you to read this, and understand what we stand for.  We will hold you accountable for following our guidelines.  We also suggest keeping this handbook in a convenient place; it can serve as a readily available resource.  Of course, you are always free to discuss a particular matter with your manager.

In an effort to be responsive to the needs of our growing company, changes, additions and modifications to our stated policies, except for the employment at-will policy, may be made from time to time. We reserve the right to delete, add, or otherwise modify policies, practices, or procedures at any time, with or without notice.

As policies, practices, and procedures are modified, we will do our best to provide you with such notifications as they occur.  It is your responsibility to stay informed.  The updated material will supersede any previously published information.

This handbook covers all employees and supersedes any previous handbooks of the company.  The information contained is presented in summary form as a matter of information only.  You should be aware that our actions may vary from written policy, depending on circumstances.

This employee handbook is not a contract and does not affect the basic employment relationship between the company and its employees.  Employment at Fox Restaurant Concepts is on an "at-will" basis.  This means that the employment relationship may be ended at the choice of either party, with or without notice, and with or without cause, at any time.

No person other than Sam Fox (CEO) has the authority to make any agreement for employment for any specified period of time or to make any agreement contrary to our at-will employment policy.  Any agreement modifying the at-will relationship must be in writing and signed by the CEO.  Any written or oral statement to the contrary, even if made by a supervisor, manager, or officer of the company is invalid and should not be relied upon by you or any applicant.

We encourage you to ask your manager whenever you have questions about the policies and practices described in this handbook or whenever you need assistance.

Thank you for joining us.  We look forward to working with you!

*Revised November 2013

1

PAE-TFK-000088

-74-

# The Menu

Our Mission, Vision and Values                                                4

Our Guests
The Culture of Hospitality                                                    5

Expectations
Americans with Disabilities Act                                               6
Equal Employment Opportunity                                                 6
Harassment Free Workplace                                                    6
Being a Hospitality Pro                                                       7
Open Communication                                                           9

General Practices
The Work Cycle                                                               10
Communications and Confidential Information                                  13

Employee Guidelines
Uniform and Grooming                                                        15
Solicitation and Distribution of Literature                                 16
Employee Meal and Beverage Policy                                          16
Package Pass                                                                16

Employee Benefits
Dining Discount                                                            17

Guest Relations
Employee and Guest Relations                                               18
Telephone Etiquette                                                        18
Guest Inquiry and Property Loss                                            19
Media Inquiries                                                            19
Marketing                                                                  20

Employee Conduct
Behavior                                                                   21
Teamwork                                                                   21
Drugs and Alcohol                                                          21

Fox Restaurant Concepts Handbook
EXHIBIT 1

**PAE-TFK-000089**
-75-

## Employee Conduct Continued

Theft                                                    22
Company Functions                                        22
Fraternizing                                             22
Personal Property                                        22
Smoking, Gum, Straws, Toothpicks                         23
Cell Phones                                              23
Personal Telephone Calls                                 23
Gossiping                                                23
Employee Parking                                         23
Employee Discipline                                      23

## Career Development

Growth and Transfers                                     25
Performance Reviews                                      25

## Managing Your Time

Attendance                                               26
Scheduling                                               26
Types of Leave                                           27

## Workplace Safety

Health and Product Safety                                32
Security and Safety                                      32
Injuries                                                 34

## Receipt and Acknowledgment

Employee Copy                                            35
Employee Signature and Date Required                     37

Fox Restaurant Concepts Handbook                    **PAE-TFK-000090**

EXHIBIT 1                                            -76-

# Our Mission, Vision and Values

## Our Mission

Great Hospitality, Every Time

## Our Vision

Together, as a team, we will continue to exceed guest expectations, create and develop new concepts, honor the values of our craft, consistently improve our business performance and become a nationally recognized leader in the restaurant industry.

## Our Values

**PASSION** for the industry.

**INTEGRITY** in words and actions.

**DEDICATION** to craftsmanship and excellence.

**COMMITMENT** to our employees and their success.

**SERVICE–ORIENTED** mindset.

**RESPECT** for guests and each other.

**ACCOUNTABILITY** to the financial and operational performance of each restaurant.

# Our Guests

## The Culture of Hospitality

We value <u>hospitality</u> and place a great deal of emphasis on the guest experience. When Sam Fox walks in to your restaurant, he's probably not going to grill the management team with food cost or labor control questions.  Instead, he is much more likely to ask you a question about the quality and presentation of our food, or about the level of service you provide to our guests.

Two of the components of our vision, <u>"exceed guest expectations"</u>, and <u>"honor the values of our craft"</u>, fall under the umbrella of hospitality. We believe that great hospitality over time absolutely guarantees success for our restaurants.  Hospitality is at the core of our values system.  You will hear from many of us: "Always err on the side of the guest."  Think about that direction for a moment.  We are not afraid to learn by making mistakes, and it reinforces the fact that we absolutely refuse to make decisions that put at risk the guest experience.

Where does hospitality begin?  It begins with how we select employees.  To work for us, you must genuinely care about the guests who enter our restaurants.  You must be the type of individual that derives a sense of personal accomplishment from the experience of others.  You must be fueled by a need to see and hear our guests rave about your restaurant, and you must see all negative feedback as a personal challenge, an opportunity to change and improve immediately.  <u>You must be unwilling to lose the loyalty of a single guest</u>.

# Expectations

## Americans with Disabilities Act

We do not discriminate against qualified individuals with disabilities with regard to any aspect of their employment. We are committed to complying with the American with Disabilities Act of 1990 and its related Section 504 of the Rehabilitation Act of 1973. We recognize that some individuals with disabilities may require accommodations at work. If you are currently disabled or become disabled during your employment, you should contact your manager to discuss reasonable accommodations that may enable you to perform the essential functions of your job.

## Equal Employment Opportunity

We provide our employees with a work environment in which all individuals are treated with respect and dignity.  We are an equal employment opportunity employer, which means that we provide equal employment opportunity to all employees and applicants for employment without regard to race, color, religion, sex, national origin, ancestry, age, marital status, sexual orientation, disability, and military status in accordance with applicable federal, state, and local laws.  This policy applies to all terms and conditions of employment.

## Harassment Free Workplace

We are committed to providing a harassment-free work environment.  <u>We maintain strict anti-harassment and anti-discrimination policies prohibiting any form of harassment protected by federal, state, or local law</u>. Our harassment-free workplace policy applies to all persons involved in company operations and prohibits unlawful harassment by any Fox Restaurant Concepts employee.  Harassment in any form including verbal, physical, electronic, and visual contact, threats, demands, and retaliation is prohibited. For purposes of this policy, harassment (by employees or by non-employees such as guests or vendors) because of gender, race, ancestry, disability, marital status, age, or any other protected basis includes, but is not limited to, the following:

- Verbal conduct such as epithets, derogatory comments, slurs or unwanted sexual advances, invitations, or comments.
- Visual conduct such as derogatory posters, photography, cartoons, drawings, or gestures.
- Physical contact such as assault, unwanted touching, blocking normal movement, or interfering with work directed at you because of your gender or race or any other protected basis.
- Electronic contact such as inappropriate text messages, emails, phone calls, or the use of social networking channels.
- Threats and demands to submit to sexual requests in order to keep your job or avoid some other loss, and offers of job benefits in return for sexual favors.
- Retaliation for having reported or threatened to report harassment.

PAE-TFK-000093

-79-

<u>Fox Restaurant Concepts considers harassment and discrimination to be major offenses that may result in immediate termination of the offender</u>.

## Guests

In addition, no employee should have to tolerate harassment from any guest, vendor, or other person doing business with us, including others with whom we come in contact with in the course of our work-related duties.  While our ability to influence the conduct of guests, vendors, or others who engage in such behavior may be limited, we are committed to taking appropriate action to protect and assist each of our employees.

## Complaint Procedure

If you believe you have been subject to harassment of any kind or conduct which violates our policy, you must immediately report the facts of the conduct to your supervisor and General Manager.  If, for any reason, you do not feel comfortable discussing the matter with your supervisor, you should bring the matter to the attention of Human Resources at (480) 905-6920.

Your complaint should include the details of the incident or incidents, the name of the individuals involved and the names of any witnesses. The important thing is that you bring the matter to the our attention promptly so that any concern of harassment can be investigated and addressed appropriately.

All complaints will be promptly and thoroughly investigated.  All information disclosed during the course of the investigation will remain confidential, except as necessary to conduct the investigation, take any remedial action, and in accordance with applicable law. Your General Manager and Senior Management will undertake a thorough and objective investigation of the harassment allegations.  This investigation will be completed and a determination regarding harassment alleged will be made and communicated to you as soon as practicable. We strive to handle all matters as confidentially and discreetly as possible based on the individual circumstances.

If you believe that the above procedure has not resolved your complaints, you may contact the local Department of Fair Employment and Housing ("DFEH"). Office locations are available at http://www.dfeh.ca.gov/Contact_Locations.htm The DFEH serves as a neutral fact-finder and will attempt to assist the parties to voluntarily resolve their disputes. In the event that the DFEH is unable to obtain voluntary resolution and finds that harassment has occurred, the DFEH may award reinstatement or monetary damages.

# Being a Hospitality Pro

Professionalism is an important element of our standards. It is important that you think, act, and speak like a professional at all times.  Remember that you are always "on-stage" and everybody is watching your every movement and action throughout the store.  You represent us at all times and your actions and behaviors reflect upon the entire company.  Your performance should be detailed and exact - from the moment you enter the building until the moment you leave.  Our goal is to impress our guests!
We accomplish our goals through the following:

## Staff

You will be treated with fairness and respect at all times.  In return, we expect from you the highest standards of honesty, fairness, commitment and professionalism.

## Service

When it comes to choosing where to dine, we believe that for our guests; great service is as important as great food.  Therefore, it is important for us to offer the highest quality of professional service in town. We define professional service as having great menu and wine knowledge and conveying it to our guests in a respectful and unobtrusive manner.  Guest satisfaction is of the utmost importance, and making our guests feel they are well taken care of, will keep them coming back.

## Right of Way

You must always be mindful of your surroundings.  During the course of your shift the guest always has the "right of way."  Always be aware of your work environment and never cut off a guest. This is considered rude and for safety purposes you must be conscious of where you are walking.  The following is the order of "right of way" at our restaurants:

- Guest
- Food
- Cocktail trays
- All others

## Product

We will always order and prepare the highest quality products seasonally available for each menu item.

## Teamwork

Working as a team is a critical component to our success.  Teamwork ensures that service and efficiency are at their best.  Your "sense of urgency" creates an environment in which the guest receives "seamless service" where you anticipate every guest's need.  Every guest is your responsibility; and as such you must count on your team members and they must be able to count on you.  Something very simple yet an important part of hospitality and teamwork is for all employees to ensure that every guest is greeted and thanked upon entering and departing the restaurants.

## Sense of Ownership

We will provide you with the tools and skills needed for you to help us achieve our collective goals. Our promise is to provide exceptional service to our guests in a respectful, courteous and understanding manner.  By working together toward common goals, we hope to develop in you a "sense of ownership".

## Our Look

The presentation of Fox Restaurant Concepts' image to our guests and to the community is extremely important.  Along with the atmosphere, energy and design within our restaurants, it is essential that you display professionalism in your conduct and personal appearance.

PAE-TFK-000095

-81-

We offer a variety of dining experiences from fast casual to full service dining.  We want all of our guests to feel comfortable, and in order to create this comfort, our image (the way we present ourselves) is of the utmost importance from the front of the house to the back.  From the cleanliness of the walls, the restrooms, the stations, the line, and the walk-ins, to the lighting, the music levels, and the grooming of employees; we keep our restaurants spotless and beautiful at all times.

### Exceeding Expectations

Please remember that our goal is to go above and beyond our guests expectations. Eliminating the word "no" is an opportunity to create an exceptional dining "experience" for our guests.  This calls for flexibility and a positive attitude.  If you receive a request that you are unsure we can accommodate, let the guest know you will check with a manager.  We want every guest to walk out our door feeling that their experience was the best in town.

## Open Communication

We believe that you are vital to our success.  Because of this, we strive to provide you with a productive, safe, and comfortable work environment that supports your concerns and encourages your suggestions.

During your employment, "problems" or "challenges" may occur occasionally.  You may have a suggestion, safety issue, question or idea related to your job, work environment or work relationships.  No matter the issue, we believe that every employee has the right to voice his or her concerns.  Our managers are dedicated to assisting you with resolving whatever might arise during your employment.  If you have a concern, please discuss the problem or concern with your manager.  If you feel that your problem or concern has not been resolved, an employee may pursue the issue with a Regional Director or contact Human Resources.

Nothing in this Handbook is intended to in any way interfere with, coerce, or restrain any employee from exercising his or her rights under any state or federal law, including the National Labor Relations Act.

# General Practices

## The Work Cycle

### Employment At–Will

Employment at Fox Restaurant Concepts (FRC) may be terminated for any reason, with or without cause or notice, at any time by you or FRC.  Nothing in this Handbook, or in any oral or written statement, shall limit the right to terminate employment at will. No manager or employee of FRC shall have any authority to enter into an employment agreement–express or implied–with any employee providing for employment other than at-will. This policy of at-will employment is the sole and entire agreement between you and FRC as to the duration of employment and the circumstances under which employment may be terminated.

With the exception of employment at-will, terms and conditions of employment with FRC may be modified at the sole discretion of FRC with or without cause or notice at any time. No implied contract concerning any employment-related decision or term or condition of employment can be established by any other statement, conduct, policy, or practice. Examples of the types of terms and conditions of employment that are within the sole discretion of FRC include, but are not limited to, the following: promotion; demotion; transfers; hiring decisions; compensation; benefits; qualifications; discipline; layoff or recall; rules; hours and schedules; work assignments; job duties and responsibilities; production standards; subcontracting; reduction, cessation, or expansion of operations; sale, relocation, merger, or consolidation of operations; determinations concerning the use of equipment, methods, or facilities; or any other terms and conditions that FRC may determine to be necessary for the safe, efficient, and economic operation of its business.

### Immigration Law Compliance

All offers of employment are contingent on verification of your right to work in the United States.  You will be asked to provide original documents verifying your right to work and to complete an I-9 verification form required by federal law. Fox Restaurant Concepts uses E-verify, an internet based system that allows us to verify the employment eligibility of employees to work in the United States. If you, at any time, cannot verify your right to work in the United States, the company is obligated to terminate your employment.

### Phasing the Floor

Phasing means the rotating closure of a station or section of the restaurant.  The phasing of employees will be made at the discretion of the manager on duty.  Decisions to phase will be made by a manager ONLY; please do not phase yourself by asking other employees to not seat you or to pick up tables. Managers will phase in reaction to the volume of business and anticipated business.

### Payroll Deductions

In accordance with applicable state law, we reserve the right to take deductions from your pay.

EXHIBIT 1

**PAE-TFK-000097**

-83-

## Time Keeping

Your pay is calculated from your time keeping records.  Accurate time keeping on your part will ensure accuracy.  Do not begin work until you have clocked in.  When your shift is over, please clock out.  If the POS system does not allow you to clock in or out, or if you realize you forgot to clock in or out, please see your manager immediately.  Never clock in or out for another employee. You are strictly prohibited from performing work without recording your time.

## "Report In" Pay

Each workday you are required to report to work, but not put to work or you are furnished with less than half of your usual or scheduled day's work, you will be paid for half the usual or scheduled day's work, but in no event for less than two hours nor more than four hours, at your regular rate of pay. If you report to work and voluntarily leave early for personal reasons, you will be paid for the time actually worked.

## Garnishments

We comply with all court orders with regard to withholding money from employee paychecks, and reserve the right to deduct an administrative cost for the garnishment transaction.

## Overtime

Overtime is generally avoided. It is your responsibility to notify a manager if you are approaching overtime.

Overtime compensation is paid to all non-exempt employees at one and one-half times the straight time rate for all hours worked in excess of 8 hours per day and 40 hours per week and the first 8 hours worked on the seventh day of work in any one workweek.

Overtime compensation at two times an employee's straight time rate is paid for any work in excess of 12 hours in one day and for any work in excess of 8 hours on the seventh day of a workweek.

## Meal and Rest Breaks

Non-exempt employees (including non-exempt managers) who work more than five hours in a day must take one 30 minute unpaid, uninterrupted meal break.  Employees will record their time out and time returned from their meal break by using the store timekeeping system.  Employees who work no more than six hours in a day may voluntarily agree to waive their meal period for that day if the manager agrees to allow such a waiver.  Employees who work over six hours may not waive their meal period.

Employees will be given at least one 10 minute paid rest break during each four hours of work or major fraction of four hours.  The only exception applies if an employee's total daily work time is less than three and one-half hours.  If an employee works more than six hours in a day, he or she will be entitled to a second 10 minute rest period.  Rest periods shall be provided in the middle of each work period insofar as practicable.  Rest periods may not be combined with each other or added to an employee's meal period.

Any employee who misses a meal or rest break during his or her shift will be required to provide the manager on duty with notice of the missed break(s) in writing at the conclusion of his or her shift.

PAE-TFK-000098

-84-

## Pay

Payday is every other Tuesday.  If you are a tipped employee and need to pick up your tips, please be courteous and do not come in to the restaurant during busy hours. If you resign, your pay will be available upon separation provided you have given at least 72 hours prior notice. If you resign without giving 72 hours notice, your will be made available within 72 hours after you gave notice. If you are terminated involuntarily, your pay will be available at the time of discharge.

All pay information (including W-2 statements) is accessible to all employees via a secure web site feature named iPayStatements. Please enroll immediately, and be sure to advise your manager if you are unable to.

## Tip Reporting (Tipped employees only):

Tips are considered taxable to the IRS.  Therefore, you will be taxed on all tips just as you are taxed on all standard wages.  If you earn tips, be aware that if you receive more than $20 in a month in tips, ALL tips count as income that you must report and pay taxes on.  That includes your cash tips, your charge-card tips, and any tips you get from other employees, minus what you tip out to others.

The law requires you to report and pay taxes on 100% of the tips (cash and charge card) you keep after tip-outs. If you are audited, the IRS will be checking to see if you reported 100% of your tips and have the right to audit as far back as three years, or longer if they believe fraud is involved.  All tipped employees are required to report 100% of their tips for tax purposes.

## Filing taxes

Any remaining tax liability uncollected throughout the year will be due from you to the proper jurisdiction as a result of completing your year-end tax return.

We highly recommend you consult your tax advisor to determine an appropriate personal course of action to minimize the impact of this tax burden at the end of the year.  You may need to make quarterly estimated tax payments by filing IRS Form 1040-ES

## Employee Meetings

Meetings are beneficial for keeping you updated on new policies, training procedures, upcoming events, and other trends affecting our business.  If your attendance is MANDATORY, you will be paid for your time at the meeting.

## Employee Status Change

Please report all address changes and Federal or State Tax Form changes to your manager to ensure that your payroll records are correct and that your W-2's will arrive to the correct address.  It is your responsibility to make sure your IPayStatement reads correctly.  A new W-4 and State Tax Form (if applicable) needs to be completed and given to your manager if your tax situation changes. Name, address, taxes, and social security number should be verified upon receipt of first check.  If you move and are no longer employed with us please contact the Payroll Department at 480-905-6920 with a change of address.

### Two Week Notice

If you must leave the company, we request that you provide us with a two-week notice in order to qualify for rehire at a later date.

### Separations

Unfortunately, separations will inevitably take place.  If this situation occurs, you must give proper notice prior to separation, submit a resignation in writing, and provide a manager with a forwarding address for W-2 purposes.  In addition, you should expect to be contacted for an Exit Interview.  The objective of the Exit Interview is to learn more about your work experiences and to make changes (when reasonable) in order to remain an employer of choice.

### Employee References

The company's policy as to references for employees who have left Fox Restaurant Concepts is to disclose only the dates of employment, the title of the last position held and verify the wage/salary.  No other information will be provided.

# Communications and Confidential Information

We are intent on being on the leading edge of our industry.  One of the ways we retain our competitive edge is by protecting information that is confidential to our business.  This includes, but is not limited to, financial data, recipes, operating manuals, blue prints, personnel records, and personal wage information. This information is considered confidential and should not be disclosed.  Unauthorized disclosure of these materials or related information will result in appropriate disciplinary action.  In addition, we respect the privacy of each employee, and no telephone numbers and addresses will be given to outsiders.

### Social Networking Channels

We believe that social networking can drive business and support your professional development efforts. We are also aware that social networking will not be used exclusively for business.  You need to understand that with the ability to use social networking comes responsibility.  If your profile can link you in any way to Fox Restaurant Concepts, you are prohibited from posting anything that could potentially embarrass or otherwise reflect poorly on the company.  This also includes any confidential information about us that you have the privilege of knowing through employment.

Although your rights to free speech protect online activity conducted on your personal social networks with your personal email address, what you publish on such personal online sites should never be attributed to the company and should not appear to be endorsed by or originated by Fox Restaurant Concepts.  You are responsible for what you post.  What you post online is public and you have no privacy rights in what you put out in the public online domain.  Anything in cyberspace can be used as grounds to discipline an employee, no matter whether the employee wrote it from work or outside of work.  There will be consequences up to and including termination for any information that negatively reflects on the company.

**PAE-TFK-000100**

EXHIBIT 1

## Social Media

We understand that our employees are engaged in social networking and social media use.  Social media is public and anything you post may be viewed by others.  If your profile can link you in any way to Fox Restaurant Concepts, you are prohibited from posting anything that could embarrass or otherwise reflect poorly on our guests, products or services.  You are prohibited from posting any confidential information, which includes social security numbers, recipes, health information, copyright or trade secrets, and any other information deemed confidential.

You should make clear that you do not speak for FRC and identify yourself as an employee of FRC when endorsing any of our products or services.  You are responsible for what you post.  What you post online is public and you have no privacy rights with regard to what you post on a public domain.  Anything in cyberspace can be used as grounds to discipline an employee regardless of where it was written.

## Company Computer Use

You are prohibited from using the Internet and any company computer/device to communicate, transfer, or disseminate trade secrets, confidential employee, guest, or company data or information.  Additionally, you are prohibited from installing any unapproved software.    Do not use a company computer/device unless it is business related and approved by a manager.

PAE-TFK-000101

EXHIBIT 1                                                                                  -87-

# Employee Guidelines

## Uniform and Grooming

The "image" you project is one of the reasons you are on our team. This professional "image" is very important. How you carry yourself, your clothing selection, and your personal grooming reflects who we are!  Every guest who comes to us forms an opinion, simply from our "image."  We present ourselves in a manner that reflects how confident we are in the service we provide, and maintaining our image standards is necessary to our ongoing success.  We ask that you maintain your professional image and follow established guidelines.

All positions will have uniform and style standards based on the restaurant concept; specifics for each position will be reviewed in detail during new hire orientation.

All employees are expected to adhere to the following grooming guidelines:

### Facial Hair

Mustaches, beards, and goatees must be groomed.

### Cologne and Perfume

Cologne, perfume and other scents can affect the guest's experience with food, and in some extreme instances cause an allergic reaction.  As such, we ask that you refrain from wearing cologne or perfume.

### Hair

During a shift, you should wear your hair so it will not interfere with your work. Your hair must be kept neat, clean and styled at all times.  Long hair should be worn pulled back and secured. Kitchen employees may be required to wear designated hats.

### Hands

Your hands must be clean, with neatly groomed fingernails.  You should wash your hands every time you come in contact with food, dirty dishes, dirty tables, sneezing, etc., during the course of your shift.  Nails with polish must be well manicured.

### Hygiene

Be aware of your surroundings and do not play with your hair or have your hands and fingers near your mouth or eyes during your shift. If you sneeze or cough please immediately wash your hands beyond the normal requirements for hand washing.

Proper grooming procedures and uniform guidelines will be described more specifically during your store training.  If you have any questions about what is or is not appropriate, please ask a manager.

_Please note that management makes final decisions on image guidelines.  Note that guidelines do change from time to time (i.e. season or concept).  Please remain flexible with changes that are asked of you. With your cooperation our restaurants will continue to be a success._

## Solicitation and Distribution of Literature

In order to ensure the efficient operation of our business and to prevent annoyance to employees, it is necessary to control solicitations and distribution of literature on company property.  We have established the following rules governing solicitation, distribution of written material and entry onto the premises and work areas.

No employee shall solicit or promote support for any cause or organization, or distribute or circulate any written or printed material in work areas during his or her working time or during the working time of the employee or employees at whom such activity is directed.

No employee shall distribute or circulate any written or printed material in work areas at any time.  This includes during his or her working time or during the working time of the employee or employees at whom such activity is directed.

Under no circumstances will non-employees be permitted to solicit or distribute written material for any purpose on company property.

## Employee Meal and Beverage Policy

When working, you are allowed to drink sodas, ice tea, hot tea, and coffee in designated areas.  When off work and dining at our restaurants, please be reminded of the law: _You must be 21 years of age to consume alcohol and you must show valid proof of identification._

You are not allowed to eat on duty without prior permission of a manager.

## Package Pass

In order to remove any package, gift, food, beverage, etc. from our premises, a package pass must be obtained from your manager. Any packages, pocketbooks, or shopping bags carried by employees leaving our premises will be subject to inspection by a member of management. Refusal to submit to this inspection procedure may lead to disciplinary action, up to and including discharge.

PAE-TFK-000103
-89-

# Employee Benefits

## Dining Discount

If you come in to dine when you are not working, a discount will be extended to you and up to three of your friends or family members (excluding alcohol).  This discount will be extended to you at all our restaurant locations when you call ahead to get the manager on duty's approval before you come in to dine.  No discounts apply to retail items or on take out (except at Sauce).

## Off Duty Meals – Hourly

During off-duty times, hourly employees are extended a 35% discount (excluding alcohol) when dining at any of our restaurants, and will be asked to present their most recent pay-stub to the 'Manager on Duty' to be eligible for the discount.

## Off Duty Meals – Managers

During off-duty times, managers will be extended a 50% discount (excluding alcohol) when dining at any of our restaurants, and will be asked to present their Dining Discount Card to be eligible for the discount.

## Corporate Office

Corporate office employees are extended a 50% discount (excluding alcohol) when dining at any of our restaurants and will be asked to present their Dining Discount Card to be eligible for the discount.

# Guest Relations

## Employee and Guest Relations

Remember… our #1 priority is our guests.  Our goal is to create a memorable experience for every guest so that they will keep coming back!  It is imperative to maintain a professional and positive attitude when interacting with one another in the presence of our guests.  Everything we do within the restaurant will have a direct reflection on our lasting relationships with our guests.  The following guidelines will enhance our guests' impression of us:

- Always be the first to smile, use good eye contact, and converse naturally with your guests.
- Whenever possible, address guests by name.
- Look for opportunities to say something positive or complimentary to a guest.
- Read each table and adapt your service to their style of dining and particular needs.
- Use descriptive phrases when suggesting items.
- Servers need to write down all orders and repeat them back to ensure the correct items are ordered.
- When taking a drink re-order, refer to the exact drink by name; refrain from using the word "another."
- If a guest is unsatisfied with their drink or meal offer an alternative and always inform a manager.
- Tipped employee cash-outs should not be done in view of the guest.  If there are guests at the bar please do not count banks and review cash-outs there.
- When in full view of the guest you must be in full uniform at all times.
- Employees should never discuss gratuities among themselves or with guests.
- Conversations between employees must be restricted to relevant business information.  When employees congregate at the front desk, bar, or at POS System terminals our attention is distracted from the guests.  Please conduct personal conversations at appropriate times and locations or after your shift and out of uniform.

## Telephone Etiquette

Answering the telephone is everyone's responsibility.   The following guidelines will outline proper procedures when attending to the phones:

Answer all phone calls by the third ring, and always be polite. Say "good morning" "good afternoon" or "good evening".  Apologize to the caller if you were unable to answer within 3 rings.

Thank the guest for calling and finish by offering your name.  Smile, the guest can tell if you are smiling.

If your store accepts reservations, always offer a reservation to all calls inquiring about the restaurant.

- Remember to have fun and maintain a positive attitude. If a problem arises on the phone or at the door and you are unclear of the solution get a manager.
- Questions you cannot answer should be referred to a manager.

- Guests often place a telephone call to the restaurant, asking about our menu.  If you answer the telephone, you must be prepared to provide the answers to those questions.  A menu will be posted by each phone for inquiries.
- Be consistent with all reservations (if applicable at your store). Get the correct name, date, telephone number and number of guests. Repeat and confirm all information to the guest.
- If a specific time is not available don't hesitate to offer a reservation before or after their request if it is available.
- Get a manager's approval for parties of 6 or more.
- Know the directions to the restaurant, but know that a printed copy of main directions will be provided at host stand.
- Always get a name and number for "To Go" orders and let the guest know their order will be available at the bar when it is ready.
- When inquiries are made about new restaurants or phone calls are for Sam Fox or any other member of the executive team you can refer them to the Corporate Office at (480) 905-6920.
- Always ask who is speaking when accepting phone calls for managers.
- When the managers are unavailable, offer to take a message. Write down all messages in the phone message book. Make sure you get the callers' name, time, date they called, and a short message.
- Let the managers know when they have messages.
- Familiarize yourself on how to transfer calls.
- Unless it's an emergency, employee phone calls are not allowed.

## Guest Inquiry and Property Loss

The following procedures apply to guest's credit cards or valuables left at the restaurant:

- We accept no responsibility for lost articles, but will seek to protect lost articles.
- Immediately turn lost items in to the manager on duty noting where it was found.
- If a guest should call about a lost item, always notify a manager.
- If the item was not turned in, get the guests name, number, and lost item in case it turns up.

## Media Inquiries

The Corporate Office is responsible for all public relations, including all contact with the media.  Unless specifically authorized to represent Fox Restaurant Concepts to the media, you may not respond to inquiries or requests for information.  This includes newspapers, magazines, trade publications, radio, television and websites, as well as any other external source seeking information about the company.  If the media contacts you about any topic, refer the call to the Corporate Office.

# Marketing

As a member of our team, you are also considered a marketing person.  It is your responsibility to market the restaurants to friends, family, and in the community and to take pride in your place of work.  Be aware of all current marketing campaigns, promote as appropriate.

Be aware of the following "marketing zones" and opportunities we have to "wow" our guests:

- Off-Site Events
- Building Exterior
- The Telephone
- The Waiting Area
- The Host Stand
- The Bar
- The Walk to Seating Guests
- The Greet
- Product Knowledge
- The Steps of Service
- Dining Room Awareness and Involvement
- Paying Out and Thank You
- The Restrooms
- Goodbyes

# Employee Conduct

## Behavior

A positive attitude and appropriate personal behavior are important elements of our standards. Remember that you are always "on-stage;" everybody is watching your movements throughout the restaurant. You represent us at all times and your actions reflect upon the entire company. Your behavior should be appropriate from the moment you enter the building until the moment you leave. Off duty personal behavior and conduct should be a credit to the company and its individual members, as well. With our strong repeat guest base, our community supports us and an upstanding reputation is vital to our success. Please help us continue to remain in good standing by demonstrating a positive, professional respect for our guests, managers, and fellow employees. Please make it a habit to include the words "please" and "thank you" in to your daily vocabulary. Insubordination, abusive, or vulgar behavior towards anyone will not be tolerated.

## Teamwork

Master your job first and know when to ask for help. We are all here to ensure that each and every guest has a great experience. To accomplish this we must all be willing to do whatever it takes to take care of our guests and each other. Also, properly asking for help before it is needed shows us that you understand our commitment to the guest. Do not be afraid to ask for help from a manager or another employee when you need it.

## Drugs and Alcohol

We believe all employees should be able to work in a drug free environment. An employee who comes to work with his/her abilities impaired by drugs or alcohol not only risks injury to himself/herself, but also to those around him/her. The use, possession, transportation, promotion or sale of illegal drugs by employees at any time, including off-site events is absolutely prohibited and will lead to termination.

Responsibility and safety are the key principles behind our attitude toward service and consumption of alcohol. Being under the influence while on duty, consumption of alcoholic beverages while on duty, or being intoxicated is prohibited and will lead to termination. If dining in any of our restaurants when you are not working, you must be at least 21 years of age to order or consume alcohol in the restaurant. Only on-duty bartenders and managers are allowed behind the bar. **You may not order alcohol directly from the bar (except at Culinary Dropout). In all other instances, alcoholic beverages must be purchased through a server.** Abuse of this policy in any matter will result in disciplinary action up to and including termination.

# Theft

Our policy on theft is very simple.  Theft of any kind or form will result in immediate termination of employment.  We will prosecute to the fullest extent of the law.  It is not our intent to discuss the various modes of this offense, however, there are some examples we feel necessary to point out:

- Theft of sales revenues
- Theft of products, supplies, equipment, and personal property
- Embezzlement of any type
- Falsification of timekeeping records
- Willful failure to charge a guest for food or beverage served
- Manipulation of the in-house computer or POS system with the intent to deceive or mislead; including adding gratuity to a guest check without making them aware of it

# Company Functions

On occasion, we may organize a social gathering for employees where we encourage interaction between co-workers.  It is your obligation to behave in a responsible manner at all company functions and to maintain a safe and fun environment for all attendees.  Any behavior deemed unacceptable, offensive, or unsafe, is prohibited.  All company policies apply at off-site events.

# Fraternizing

We recognize that employees may develop personal relationships in the course of their employment.  However, in an effort to prevent favoritism, morale problems, disputes or misunderstandings and potential sexual harassment claims, Managers are not permitted to date or engage in sexual relationships with subordinate employees.  Violation of this policy may result in discipline, up to and including termination.  Furthermore, coworkers are discouraged from dating or pursuing romantic or sexual relationships with each other.

# Personal Property

Due to the limited storage areas in our restaurants, we prefer that you do not bring personal items in to work with you.  If you do bring in personal property, be aware that you are doing so at your own risk.  We cannot guarantee protection of your property, but we will take strong legal action against those who are caught in the act of a theft.

PAE-TFK-000109

-95-

## Smoking, Gum, Straws, Toothpicks

We are a smoke-free company. Smoking is not allowed on the premises during your shift or at any time. No gum chewing is allowed; please do not enter the building at any time with gum in your mouth.  Also, please do not chew on straws or toothpicks when you are in the restaurant.

## Cell Phones

Your mind should be 100% on the job, and as such, cell phones should not to be visible and ringers are to be turned off. Even if set to vibrate, you are not to check text messages or see from whom the call is from. All calls can wait until the end of your shift. If there is an extremely important reason why you may need to be contacted while at work, please discuss the matter with your manager.

## Personal Telephone Calls

No personal calls will be accepted during working hours.  Business phones are to be used for the restaurant's business purposes only.  You will only be allowed to come to the phone for emergencies.

## Gossiping

Gossiping will not be tolerated under any circumstances.  This behavior fuels anxiety, misunderstanding, and contributes to poor morale.  If you have concerns or comments, please bring it to the attention of your manager.

## Employee Parking

Employee parking areas have been designated for each restaurant. The General Manager is responsible for ensuring all employees are advised of the designated employee parking area. You are prohibited from parking in any area other than the designated employee parking area.

## Employee Discipline

If you violate any one of our policies or a rule of common sense or decency, you  will be disciplined up to and including discharge.  The nature of the discipline will depend upon the violation and surrounding circumstances.

The following is a partial list of reasons for immediate termination (it cannot be and is not intended to be all-inclusive):

- Unlawful harassment
- Quarreling or fighting with other employees
- Unexcused absence from work (No-call; No show)
- Reporting for work or working while under the influence of intoxicating beverages or illegal drugs
- Illegal use of legal drugs
- Possession of illegal drugs
- Theft of company or personal property
- Arguing or disputing a gratuity with a guest
- Falsification of employment records, employment information or other company records
- Knowingly serving alcohol to a minor
- Consumption of alcohol while working
- Ordering alcohol directly from the bar (except at Culinary Dropout)
- Pleading guilty to or being convicted of a crime that indicates the employee is unfit for the job or poses a threat to the safety or well being of the company's employees, guests or property

The following is a partial list of reasons for disciplinary action (it cannot be and is not intended to be all-inclusive):

- Violation of company rules
- Failure to carry out instructions
- Failure to follow proper employee and guest relations guidelines
- Unsatisfactory job performance (poor quality, poor quantity, poor attitude)
- Excessive or habitual tardiness or absenteeism
- Insubordination (failure to carry out direction of supervisors)
- Reporting for work or working in a condition unable to safely perform one's duties
- Carelessness and negligence
- Mishandling company equipment
- Neglecting to inform a manager of a guest complaint
- Excessive personal phone calls
- Grazing (eating during your shift)
- Eating without properly paying for or ringing in food
- Kitchen staff eating unapproved food
- Neglecting to follow proper sanitation procedures
- Not parking in designated areas
- Violation of safety rules
- Leaving the premises during working hours without authorization
- Dishonesty
- Conducting personal business on company time or premises
- Threat of violence to another employee or guest
- Use of abusive, foul, or obscene language
- Violation of Fox Restaurant Concepts harassment-free workplace policy
- Accepting a drink while underage while on premise of a Fox Restaurant Concepts' restaurant

The fact that a possible violation is not listed does not mean that it would not result in disciplinary action. In most circumstances, common sense tells us what would constitute a violation.  Use your best judgment.

24

# Career Development

## Growth and Transfers

There are many growth opportunities at FRC.

Transferring to another one of our stores can prove beneficial for you, especially if you want to expand your knowledge of different concepts and cuisines.  Transfers to locations in other cities and states may also be a possibility.  If you would like to transfer, you should submit a transfer request form to your restaurant's General Manager.  There is no guarantee that another store will have an opening or be able to accept your request, but we will do our best to accommodate you providing you meet the eligibility requirements.

## Performance Reviews

Our employees are our most valuable asset, and the reason for our tremendous growth and success.  To keep this standard, your manager will provide you with regular coaching and feedback.  Performance reviews are an important part of your professional growth with us.  The review process will provide you with an opportunity to discuss work standards, areas where improvement is needed, and your career developmental potential.  It will also provide specific and timely feedback on your job performance and serve as a standard of measurement for promotions.

Fox Restaurant Concepts Handbook

EXHIBIT 1

PAE-TFK-000112

# Managing Your Time

## Attendance

You are considered a crucial part of our team. We put forth our best effort to schedule the number of employees needed to provide optimum service to our guests.  As such, we count on your attendance with the expectation of punctuality and regular attendance, (two of the most important aspects of your overall job performance).

You are expected to report to work as scheduled, on time and prepared to start work.  You are also expected to remain at work for their entire work schedule, except for meal periods or when required to leave on authorized company business.  Late arrival, early departure or other absences from scheduled hours are generally disruptive and may result in disciplinary action up to and including termination.

### California Kin Care

Employees who are absent, leave early, or are tardy in order to care for an ill child, parent, spouse or domestic partner will not be subject to discipline for those occurrences. You are required to follow the call off procedures. Failure to follow the proper call off procedures while caring for a child, parent, spouse, domestic partner, or child of domestic partner may result in disciplinary action.

## Scheduling

### Schedules

All schedules are posted by Thursday for the following two work weeks.  You must work a scheduled shift unless a manager authorizes the change.   You may not call in for your schedule; if you are not on HotSchedules you must come into the restaurant to find out when you are working.  Clock in for work when you are scheduled and begin work immediately.  Never clock in for another co-worker.  If you fail to clock in or out, notify a manager right away.  Failure to do so will result in you not being paid accurately and possible disciplinary action.

### On-Call Shifts

As part of our scheduling, you may be required to be on-call.  If you are scheduled to be on-call you will be required to:
- Call the store at a specified time to see if you are required to work.
- Be prepared to begin work at the restaurant within 30 minutes to an hour after notice.
- An on-call shift is considered a scheduled shift; and a no call no show may result in dismissal.

### Schedule Changes

All schedule changes must be submitted to a manager.  A manager must approve the change.  At this point, the replacement assumes total responsibility for the shift.

### Time Off

Any request for time off, whether it be a day or a vacation, must be submitted on the Time Off Request Form and approved by a manager. Ideally, a vacation request must be submitted to a manager 30 days prior to the vacation date.  Remember a request is exactly that, we will do our best to accommodate your request, but there is no guarantee.  Please do not make travel arrangements until your request has been approved.

### Tardiness and Absences

Unnecessary tardiness and absenteeism are expensive and disruptive, and place an unfair burden on other team members and managers.  Excessive tardiness or absenteeism will result in disciplinary action, which may include termination of employment, and will have an adverse effect on any promotional consideration.

### Holidays

Restaurant staffing needs are greatest during the holidays and social/special events.  We will always try to comply with your requests, but we ask that you recognize how critical your presence is during these peak periods.  We observe the following two holidays and will be closed for business: Thanksgiving Day and Christmas Day. <u>Please do not make any plans until you consult with your manager.</u>

## Types of Leave

### Personal Leave of Absence

A personal leave of absence without pay (maximum of 14 days) may be granted to a full time employee at our sole discretion. Requests for personal leave should be limited to unusual circumstances.

### Family and Medical Leave

FRC provides up to 12 or 26 weeks of family or medical leave within a 12-month period, pursuant to the California Family Rights Act (CFRA) and the federal Family and Medical Leave Act (FMLA) depending on leave eligibility and the specific leave requested.  To be eligible for family and medical leave, you must have worked for FRC for at least 12 months and for at least 1,250 hours in the 12 calendar months immediately preceding your leave.   In addition, an eligible employee must work at a worksite with 50 or more employees within a 75-mile radius.

### Family and Medical Leave:  Reasons for Leave

You may take family and medical leave for any of the following reasons:

1.  The birth of a child and in order to bond with or provide care for such child (up to 12 weeks in a 12 month period);
2.  The placement of a child with you for adoption or foster care and in order to bond with or care for the new child (up to 12 weeks in a 12 month period);
3.  To care for a parent, child, spouse, or domestic partner with a serious health condition (up to 12 weeks in a 12 month period);
4.  For your own serious health condition that renders you unable to perform the functions of your position (up to 12 weeks in a 12 month period);

27

5. Exigent circumstances related to the military deployment of a parent, child, spouse, or domestic partner (up to 12 weeks in a 12 month period); or
6. To care for a parent, child, spouse, or domestic partner injured in the course of military service (up to 26 weeks in a 12 month period);

A serious health condition is one that requires either an overnight stay in a medical facility or continuing medical treatments (two or more) by a health care provider.  Leave for either of the first two reasons must be completed within the 12-month period beginning on the date of birth or placement. In addition, in cases where both parents are employed by FRC, the couple may take a combined total of 12 weeks' leave during any 12-month period for reasons 1 and 2.  Please see Human Resources for specific leave applicability and eligibility.

## Family and Medical Leave:  Notice of Leave

To the extent practicable, the employee is required to make a reasonable effort to notify FRC of the need for family/medical leave to avoid disruption to business operations. Thus, if your need for family/medical leave is foreseeable (e.g., for childbirth, bonding, or planned medical treatments), you must give FRC at least 30 days notice prior to taking the leave of absence. If this is not possible, you must give notice as soon as possible (within one to two business days of learning of your need for leave, except in extraordinary circumstances). Failure to provide such notice may be grounds for delay of the leave.

Request for Family/Medical Leave forms are available by contacting Human Resources.  FRC's forms, whenever practicable, must be used to request a leave of absence.  When providing notice, be sure to include the dates and duration of your leave, if possible.

## Family and Medical Leave:  Certification

The certification must include:
1. The date on which the serious health condition or other qualifying condition began;
2. The estimated duration of the condition and the need for care; and
3. The health provider's statement documenting the need for leave; and, if the leave is for your own serious health condition, a statement from the health care provider establishing that you are unable to perform the functions of your job, due to your serious health condition; or
4. The appropriate documentation from the military regarding the specific leave to be taken (i.e., exigent circumstances or injured service member case).

You may obtain approved Medical Certification forms from Human Resources.  When you request leave, FRC will notify you of the requirement for medical certification and when it is due (no less than 15 calendar days after you request leave).  If you are unable to obtain the medical certification due to reasons beyond your control, you must notify Human Resources as soon as possible.

For foreseeable leaves, medical certification must be provided before leave begins. Failure to provide requested medical certification in a timely manner may result in delay of leave until required documentation is provided.

FRC, at its expense, may require an examination by a second healthcare provider designated by FRC, if it questions the validity of the medical certification you initially provide. If the second healthcare provider's opinion conflicts with the original medical certification, FRC, at its expense, may require a third, mutually agreeable, healthcare provider to conduct an examination and provide a final and binding opinion.

FRC may require updated medical recertification for additional leave, even if taken for the same medical condition. Failure to provide requested certification within 15 days, except in extraordinary circumstances, may result in delay of further leave until it is provided.

## Family and Medical Leave:  Reporting While on Leave

Upon expiration of your leave of absence, you must contact FRC regarding your return to work.  If you fail to do so, it may be considered job abandonment.  In addition, you must give notice as soon as practicable (within two business days if feasible) if the dates of the leave change, are extended, or were unknown initially.

## Family and Medical Leave:  Leave Is Generally Unpaid

Family/Medical leave is unpaid.  However, management employees taking family/medical leave must concurrently use their accrued vacation while on the leave of absence.

In addition, you may be eligible for short- or long-term disability payments and/or workers' compensation benefits under those insurance plans. Employees may also be eligible to receive up to six weeks of partial wage replacement through the California's Paid Family Leave program to bond with a new child, or to care for a seriously ill parent, child, spouse, or domestic partner.  Note that neither the substitution of paid leave nor the integration of State Disability Insurance Benefits for unpaid leave shall extend the 12-week maximum leave period or result in your receipt of more than 100 percent of your salary.

## Family and Medical Leave:  Medical and Other Benefits (if eligible)

During an approved family/medical leave, FRC will maintain your health benefits as if you continued to be actively employed. If paid leave is substituted for unpaid family/medical leave, FRC will deduct your portion of the health plan premium as a regular payroll deduction. If your leave is unpaid, you must pay your portion of the premium on your regularly scheduled payday. Your healthcare coverage will cease if your premium payment is more than 30 days late. If your payment is more than 15 days late, we will send you a letter to this effect. If we do not receive your co-payment within 15 days after the date of this letter, your coverage may cease. If you elect not to return to work for at least 30 calendar days at the end of the leave period, you will be required to reimburse FRC for the cost of the premiums paid by it for maintaining coverage during your unpaid leave, unless you cannot return to work because of a serious health condition or other circumstances beyond your control.

## Family and Medical Leave:  Intermittent and Reduced–Schedule Leave

Certain qualifying leaves may be taken intermittently (in separate blocks of time due to a single health condition) or on a reduced-leave schedule (reducing the usual number of hours you work per workweek or workday) if medically necessary.  Leave for bonding or the care of a new child must be taken in blocks of at least two weeks.

If leave is unpaid, FRC will reduce your salary based on the amount of time actually worked. In addition, while you are on an intermittent or reduced-schedule leave, FRC may temporarily transfer you to an available alternative position that you are qualified for, that better accommodates your recurring leave, and that has equivalent pay and benefits.

## Pregnancy Disability Leave:  Eligibility and Coverage

Employees who are disabled due to pregnancy, childbirth, or a related medical condition may take a pregnancy-related leave of up to four months pursuant to the California Fair Employment and Housing Act (FEHA), in addition to the family/medical leave described above.  The leave may be taken intermittently or in a single block of time up to four months.  In order to take pregnancy-related leave, the employee must submit a doctor's note indicating they are unable to perform the essential functions of their job due to the pregnancy.  In addition, the doctor's note should indicate the length of the expected leave.

An employee who requests a reasonable accommodation for pregnancy, childbirth, or a related medical condition and provides medical certification documenting the need shall be provided with such accommodation unless it causes FRC an undue hardship.  For example, a pregnant employee who requests a temporary transfer to a less hazardous or strenuous position will be given the transfer, so long as it is supported by medical certification from her health care provider, and the transfer can be reasonably accommodated.

## Pregnancy Disability Leave:  Leave Is Generally Unpaid

Pregnancy disability leave is unpaid.  However, you (if a manager) may elect to use your accrued PTO time while on a pregnancy-related leave.  You may also be eligible for a partial wage replacement through California's Disability Insurance program if you are unable to perform the duties of your job due to pregnancy, childbirth, or a related medical condition.  Note that neither the substitution of paid leave nor the integration of California's Disability Insurance benefits for unpaid leave shall extend the four-month maximum leave period or result in your receipt of more than 100 percent of your salary.

## Pregnancy Disability:  Medical and Other Benefits (if eligible)

During your pregnancy-related leave, FRC will maintain your health benefits (if a manager) as if you continued to be actively employed.  If paid leave is substituted for unpaid pregnancy-related leave, FRC will deduct your portion of the health plan premium as a regular payroll deduction. If your leave is unpaid, you must pay your portion of the premium on your regularly scheduled payday. Your healthcare coverage will cease if your premium payment is more than 30 days late. If your payment is more than 15 days late, we will send you a letter to this effect. If we do not receive your co-payment within 15 days after the date of this letter, your coverage may cease.

## Disability Leave:  Eligibility and Coverage

An employee may take a disability leave if necessary to reasonably accommodate a workplace injury or a disability under the Americans with Disabilities Act (ADA) or the FEHA.  If an employee feels the need to take a disability leave, the employee must immediately contact Human Resources to discuss eligibility and the expected duration of the leave.  To the extent applicable, disability leaves under this section will run concurrently with any medical leaves described above.

To be eligible for disability leave, the disability must make the employee unable to perform the essential functions of his or her job, with or without reasonable accommodation.  The duration of a disability leave will be determined on a case-by-case basis depending on the circumstances surrounding the leave and FRC's ability to accommodate the leave request.

## Disability Leave:  Generally Unpaid

Disability leave is unpaid.  However, employees taking disability leave must concurrently use their accrued PTO while on the leave of absence, except if the employee is taking a workers' compensation or pregnancy disability related leave.

An eligible employee may receive partial wage replacement through California's Disability Insurance program when she or he is unable to perform the duties of their job.  There is a one-week waiting period for Disability Insurance benefits, during which you may use your accrued PTO time.  Note that neither the substitution of paid leave nor the integration of the California Disability Insurance benefits for unpaid leave shall result in your receipt of more than 100 percent of your salary.

## Disability Leave:  Medical and Other Benefits

During a disability leave under this section, FRC will not maintain your health benefits unless otherwise required by law.

## California Paid Family Leave (PFL)

Employees in California are eligible for up to six (6) weeks of partial compensation by the State under the State Disability Insurance (SDI) if they are unable to work for the following reasons:
- To care for a seriously ill child, spouse, parent or domestic partner;
- Bonding related to the birth, adoption or foster care placement of a child of either the employee or the employee's domestic partner.

## Bereavement Leave

In the event of death in the immediate family of a full time employee, the employee may take up to three (3) consecutive work days with the approval of the General Manager.  For purposes of the policy, an employee's immediate family is defined to include the employee's current spouse, child, parent, legal guardian, brother, sister, grandparent, grandchild, or mother-,  father-, sister-, brother-, son- or daughter in law.

## Other Leaves

Employees may qualify for additional leave in California for the following reasons:
- School Visits
- School Activities
- Witness and Jury Leave
- Crime Victims Leave
- Domestic Violence/Sexual Assault Victim Leave
- Volunteer Firefighter, Reserve Peace Officer, Emergency Rescue Personnel Leave
- Volunteer Firefighter Training Leave
- Alcohol/Drug Rehabilitation Leave
- Voting Leave
- Literacy Education Leave

Please contact your General Manager for Military, Jury Duty, Voting Time, or other type leaves.

PAE-TFK-000118

-104-

# Workplace Safety

## Health and Product Safety

Food safety is a primary concern for every person in the restaurant and it is our responsibility to serve safe food to every guest.  By reducing cross contamination, carefully monitoring times and temperatures, and requiring frequent hand washing, we can reduce the risk of food contamination in our restaurants.  Violation of health and sanitation standards may result in immediate suspension and/or termination.  Your actions directly affect the health of guests and your peers, so you must be responsible for the safe handling of food and equipment.  All surroundings must be maintained in a sanitary condition.  When you notice a co-worker not following guidelines, please bring it to his/her attention.  It is important that we all work together to ensure the health and safety of our guests.  Be sure to tell a manager if you see any violations of health and safety procedures.

## Security and Safety

We are committed to providing a safe work environment.  Regard for safety of all our guests and employees is imperative.  The security of our facilities as well as the welfare of our employees and guests requires that every individual be constantly aware of potential security risks. You should immediately notify your manager when persons are acting in a suspicious manner, in or around our stores.  Every employee is responsible for the safety of him or herself.  To achieve our goal of maintaining a safe work environment, everyone must be safety conscious at all times.  Each employee must practice safety awareness by thinking defensively, anticipating situations and reporting unsafe conditions immediately.

In order to ensure the safety of our employees and guests, we reserve the right to search all company property, vehicles, structures, furniture and computer equipment including but not limited to work or guest areas at any time and for any reason.  You are therefore encouraged to refrain from storing on our premises any personal articles (including personal correspondence) that you wish to protect from inspection by management.  Refusal to allow a search, or hindrance of such, may result in corrective action, up to and including termination.

### Because We Care!

We want you to learn the safe way to do your job, and FRC's safe-work practices will be will be reviewed with you in depth during your training.  You will be required to know the following information.

### FRC Non-Negotiables

- Cut Gloves must be worn
  - When cutting vegetables and fruits
  - When using a slicer
  - When using a mandolin
  - When polishing stemware glasses

PAE-TFK-000119

-105-

- Hands must be washed for at least 20 seconds
  - Before starting work
  - Before putting on gloves
  - After touching raw, fresh or frozen beef, poultry, fish or meat
  - After mopping, sweeping, or removing garbage
  - After using the bathroom
  - After smoking, eating, sneezing or drinking
  - After touching anything that may result in contamination of hands
- Opening and closing managers must always open and close the store with another employee
- Clean floor mats must be used on flooring that gets oily or wet
- "Wet Floor" signs must be used when a spill occurs or mopping the floor
- A step ladder must be used to retrieve items that can't be readily reached

*Restaurant Safety Words*
- Behind You (left or right)
- Heavy – Behind You
- Hot – Corner
- Sharp Knife
- Rack – Over
- Hot Plate
- Hot – (when dropping off at dish area)

*Restaurant Safety Basics*
- Where to find the first aid kit
- Where to find MSDS
- Where to find and when to wear a cut glove
- How to safely use and clean a slicer
- Where to find milk/baking soda for grease fire
- How to carry plates out of the dish area
- How high glassware is stacked when being rolled out
- Where does broken glass go
- Where to find and how to use a fire extinguisher
- How to work the ansul system
- Where and how to dispose of hot grease
- How to properly lift heavy items
- When to use a ladder and or step ladder
- What type of non-slip shoes to wear (BOH)
- How to use a mop bucket
- Where to find wet floor signs
- Where to find the Crisis Management Resource
- How to report an injury

## Injuries

If at any time during your shift you are injured, <u>you must notify a manager immediately</u>. The manager and injured employee will place a call together to Medcor. Medcor provides triage suitable for most injuries, but is not a 911 system for a life-threatening situation. <u>Always call 911 first for any potential life-threatening situations</u>.

34

EXHIBIT 1

PAE-TFK-000121

# Receipt and Acknowledgment

I have reviewed this manual and understand that it is my responsibility to read its contents to know what is expected of me as an employee of Fox Restaurant Concepts.  By signing below, I agree to the outlined policies and procedures and intend to follow them.  If, for some reason, I am unable to follow these policies and procedures, I understand that I may be subject to discipline and/or termination.

I understand this manual is not a contract, will be changed from time to time, and does not alter my at-will employment, which can be changed only by written agreement signed by Sam Fox.  I understand that I cannot rely on any contrary written or oral statements or promises regardless of who makes them.  I acknowledge that either Fox Restaurant Concepts or I may end my employment at any time, with or without notice, for any reason that does not violate the law.


_____

**Signature**


_____

**Printed Name**


_____

**Date**



Fox Restaurant Concepts Handbook

EXHIBIT 1

PAE-TFK-000122

Fox Restaurant Concepts Handbook
EXHIBIT 1

PAE-TFK-000123
-109-

# Receipt and Acknowledgment

I have reviewed this manual and understand that it is my responsibility to read its contents to know what is expected of me as an employee of Fox Restaurant Concepts.  By signing below, I agree to the outlined policies and procedures and intend to follow them.  If, for some reason, I am unable to follow these policies and procedures, I understand that I may be subject to discipline and/or termination.

I understand this manual is not a contract, will be changed from time to time, and does not alter my at-will employment, which can be changed only by written agreement signed by Sam Fox.  I understand that I cannot rely on any contrary written or oral statements or promises regardless of who makes them.  I acknowledge that either Fox Restaurant Concepts or I may end my employment at any time, with or without notice, for any reason that does not violate the law.

_____

**Signature**

_____

**Printed Name**

_____

**Date**

PAE-TFK-000124

-110-