# FOX RESTAURANT CONCEPTS
*Established 1998*

| Policy Name: | Managing Within The Law Essentials Training | | |
|---|---|---|---|
| Discipline: | Training | | |
| Applies To: | Restaurant Management FOH and BOH | | |
| Effective: | 6/7/2011 | Last Revised: | 12/8/2011 |

**AT A GLANCE**

Fox Restaurant Concepts is committed to an operational sound and productive working environment. These workplace policies are created not just to protect the organization and to comply with employment law, but also to benefit our employees. Effectively communicating our guidelines and expectations is an essential part of our responsibilities. The online training courses provide the practical knowledge and skills that are needed to effectively manage our business. Managers learn employment law fundamentals and understand our obligation to "manage within the law".

The training certification is required for all FOH and BOH restaurant managers. California managers are required to re-certify Workplace Harassment every two years.

**GUIDELINES**

Each new manager will have **60 days** from date of hire or management promotion date to complete the following certification training programs.
- Workplace Harassment
- Wage and Hour

**How do managers complete the training?**

Instructions:
- Click the link below (or, copy and paste it in to your browser)
  http://foxrc.elt-inc.com
- Enter your username and password
  Username: your last name and the last four digits of your social security number
  Example: smith1234
  Password: frc7135
- Click "Login"
- Click on the course link to begin

Notes: To have access to the courses, managers must be enrolled by an administrator. Please allow 48 hours from new hire or promotion effective date. Each training module is approximately two hours.

For problems on the website contact support@elt.com

EXHIBIT 2                                              **PAE-TFK-000883**