# PAY…THE RIGHT WAY TOOL KIT

     
    



FOX RESTAURANT CONCEPTS

*Established 1998*

www.foxrc.com

PAE-TFK-

EXHIBIT 3

EXHIBIT 3

PAE-TFK-000549

-113-

## TABLE OF CONTENTS

Introduction

Pre-Orientation
- *Extending a Job Offer*

Orientation Day
- *Manager Duties and Responsibilities*

Post-Orientation
- *What to do with Completed New Hire Paperwork*
- *POS New Hire Enrollment*
- *Clocking In and Out/Time Keeping for Payroll*
- *Tip Reporting*

Employee Maintenance
- *Editing Punches in the POS*
- *Job/Pay Rate Changes*

Payroll
- *Manager Responsibilities*
    - *The Payroll Calendar*
    - *Pay Period End Checklist: What You Need to Do to Ensure Payroll Runs Smoothly*
    - *Making Adjustments After Payroll*
    - *Manual/Retro Pay Request Form*
    - *The Payroll Exception Report*

Terminations and Final Pay
- *Manager Responsibilities: What Will Happen At Every Termination*

Employee Transfers (Hourly)

Rehires

Promotions to Management

Newly Hired Management
- *Pre-Orientation*
- *In-Store Orientation Day*
- *Post-Orientation (What to do with Completed New Hire Paperwork)*

Transferring Management

Termination of Management

State Laws on Termination

FORMS, FORMS, FORMS (References)

FOX RESTAURANT CONCEPTS
*Established 1998*

## PAY...THE RIGHT WAY

Welcome to the Tool Kit that will help you learn "all you need to know" to pay your employees accurately and in a timely manner. Administration is important and while sometimes, it's not easy to remember the right steps, having a good reference makes all the difference. This Tool Kit will outline a General Manager's administrative duties and responsibilities in managing an employee's work/pay life cycle. Following these guidelines will not only make you successful in your job, but will also ensure you are respecting legal requirements.

We have set up this Tool Kit in a way that identifies important actions General Managers will need to take from the day an offer of employment is extended. We've included important topics on payroll and employee maintenance, sample forms that will be used throughout an employee's work/pay life cycle, as well as some answers to FAQs to help you in everyday situations that will come up.

We know you will be a success!

# PRE-ORIENTATION:

## EXTENDING A JOB OFFER:

When the decision is made to hire an hourly candidate, a job offer is extended. The General Manager (GM) will choose the appropriate wage based on the position and the candidate's experience. The wage should be in line with the Hourly Wage Scale (see sample below – can be found on the Pantry → HR → Resources).

### Hourly Wage Scale

| JOB TITLE | Arizona | California | Colorado | Nevada | Texas | Kansas | Sauce |
|---|---|---|---|---|---|---|---|
| Servers, Bussers & Bartenders | $4.80 / $7.80 in training w/o tips | $8.00 / $8.00 in training w/o tips | $4.76 / $7.78 in training w/o tips | $8.25 / $8.25 in training w/o tips | $2.13 / $7.25 in training w/o tips | $2.13 / $7.25 (in training w/o tips) | $6.75 / $7.80 in training w/o tips |
| Service Attendants - 2 (Marketplace Olive & Ivy) | $9.00 | | | | | | |
| Lead Server (Sauce Only) | | | | | | | $7.00 |
| Shift Leader (FOH & BOH) | $12.00 | $15.00 | $12.00 | $15.00 | $12.00 | $12.00 | $12.00 |
| Certified Trainer (Sauce Only) | | | | | | | $7.25 / $8.00 when conducting training |
| Host/ess - 3 | $8.50 | $8.50 | $8.50 | $10.00 | $8.50 | $8.50 | |
| Host/ess - 2 | $9.00 | $9.00 | $9.00 | $11.00 | $9.00 | $9.00 | |
| Host/ess - 1 | $10.00 | $10.00 | $10.00 | $12.00 | $10.00 | $10.00 | |
| Cook - 3 | $9.00 | $9.00 | $9.00 | $10.00 | $9.00 | $9.00 | $9.00 |
| Cook - 2 | $10.00 | $10.00 | $10.00 | $11.00 | $10.00 | $10.00 | $10.00 |
| Cook - 1 | $11.00 | $11.00 | $11.00 | $11.50 | $11.00 | $11.00 | |
| Cook - Specialty | $12.00 | $12.00 | $12.00 | $12.00 | $12.00 | $12.00 | $11.00 |
| Line Attendants (Modern Burger) | $8.50 | | | | | | |
| Dishwashers - 3 | $8.50 | $8.50 | $8.50 | $9.00 | $8.50 | $8.50 | $8.50 |

Once the job offer is accepted, the GM is to give the newly hired employee the following information to prepare for Orientation:

1. **When and Where?:** The GM is to give the newly hired employee the location, date and time to attend Orientation. Each store has its designated Orientation day(s): (see sample New Hire Orientation Schedule below – can be found on the Pantry → HR→ Resources).

### New Hire Orientation Schedule

| Location | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Blanco Borgata | | | | 3:30 PM | | | |
| Blanco Tucson | | 3:00-4:00 PM | | | | | |
| Culinary Dropout @ The Yard | | | 2:00 PM | | | | |
| Culinary Dropout Las Vegas | 3:00 PM | | | | | | |
| Culinary Dropout Waterfront | | | 2:30 PM | | | | |
| Modern Steak | | | 3:00 PM | | | | |
| NoRTH 40th Street | | | 3:00-5:00 PM | 3:00-5:00 PM | | | |
| NoRTH Austin | | | | 3:00 PM | | | |
| NoRTH Cherry Creek | | | 3:30 PM | | | | |
| NoRTH Kansas | | | | 2:30 PM | | | |
| NoRTH Kierland | | | 2:00-4:00 PM | | | | |
| NoRTH Tucson | | | | | | | 3:00 PM |
| Olive & Ivy | 2:00 PM | | | | | | |
| Sauce Broadway | | | 3:30 PM | | | | |
| Sauce Campbell | | | 10:00 AM; 2:00-4:00 PM | | | | |
| Sauce Casas Adobes | | | | 3:00 PM | | | |
| Sauce Dana Park | | | | 2:00-4:00 PM | | | |
| Sauce Madison Village | | | 9:00 AM | | | 9:00 AM | |
| Sauce Norterra | | 3:30 PM | | 3:30 PM | | | |
| Sauce Ocotillo | | | 2:30 PM | 2:30 PM | | | |
| Sauce Thunderbird | | | 3:00 PM | | | | |
| Sauce Waterfront | | | 2:30 PM | 2:30 PM | | | |
| The Arrogant Butcher | | | 3:00 PM | | | | |
| The Greene House | | | | 2:30 PM | | | |
| True Food Kitchen (All Locations) | | | 3:30 PM | | | | |
| Wildflower | | 2:30 PM | | 2:30 PM | | | |

2. **Electronic I-9 Card:** The GM is to fill out an electronic I-9 card with Orientation location, date and time and give the card to the newly hired employee (see blank sample below; I-9 cards can be ordered through Ironwood). At home, the newly hired employee is required to complete Section 1 of the electronic I-9 on the I-9 eXpress website PRIOR to attending Orientation.



3. **Employment Eligibility Documents:** The newly hired employee must bring appropriate employment eligibility documents to Orientation. A quick reference list of documents the employee may bring can be printed for the employee. This can be found on the Pantry → HR → Resources (these documents will be used by the General Manager or Executive Chef (EC) to complete Section 2 of the electronic I-9 at Orientation – See I-9 Tool Kit for details).

4. **Electronic Pay:** The GM is to notify the newly hired employee that FRC issues electronic pay ONLY (no paper paychecks) and that every employee must select one of the two available options: Direct Deposit or Money Network Pay Card (more details in FORMS, FORMS, FORMS located in the back of this manual). The new hire is to bring a voided check or pre-printed document provided by the employee's bank to Orientation if he/she wishes to be on direct deposit. *If he/she fails to provide a voided check or pre-printed document from the bank, he/she will be issued a pay card at Orientation – NO EXCEPTIONS.*

## ORIENTATION DAY:

New hires are to be paid for ALL TIME spent at Orientation; including time spent completing New Hire Paperwork.

## MANAGER DUTIES AND RESPONSIBILITIES:

1. **I-9 Completion:** The GM and EC ONLY are authorized to process the I-9s. The GM or EC is to complete Section 2 of the electronic I-9 and verify the appropriate documents provided by the employee (Section 1 of the electronic I-9 will already be completed by the employee). If a "List A" document is provided, the GM or EC MUST scan and save to the computer and attach to the I-9 eXpress website upon completion of Section 2. Helpful information regarding this process or any pending I-9s can be found by clicking on the Help link at the bottom left of the website or contacting Human Resources (refer to the I-9 Tool Kit for further information).

    **FAQ:** *What if the employee has completed Section 1 with incorrect information?*

    *A:* If the employee notifies the GM or EC that the information in Section 1 was entered incorrectly, the Manager must close the case and select the reason stating that the information was entered incorrectly. Then, the employee must redo Section 1 before the GM or EC can complete Section 2.

    **FAQ:** *Can another Manager besides the General Manager or Executive Chef complete Section 2 of the electronic I-9?*

    *A:* NO. Since the electronic I-9 usernames are assigned specifically to GMs and ECs, these are the only Managers authorized to complete Section 2. The electronic signature in Section 2 declares that the person assigned to the username is the party who reviewed the employment eligibility documents and this person is responsible for the validity of the information.

2. **Introduction of Policies and Procedures:** The Employee Handbook is to be presented and each item in the New Hire Packet is to be reviewed with the employee during Orientation (please refer to the Employee Orientation Tool Kit). During this time, it is important to answer any questions new employees may have.

**FOX RESTAURANT CONCEPTS**
*Established 1998*

3. **New Hire Packet Completion:** Employee is to complete all forms included in the New Hire Packet during Orientation (see New Hire Packet contents listed below).

   **New Hire Packet Contents:**

   - New Hire Paperwork Checklist
   - Personal Information Form (PIF)
   - W-4 Federal Income Tax Form
   - State Income Tax Form (AZ, CA, KS only)
   - Direct Deposit Form
   - Electronic Pay Authorization Form
   - The Employee Handbook
   - Payroll Deduction Authorization
   - Meal Period Waiver Agreement (California)
   - WC Notice in English and Spanish (California)
   - WC Notice and Acknowledgement Travelers (Texas)
   - MPN Notification (California)
   - DLSE Notice (California)
   - Work Place Safety (Nevada)
   - 8850 Work Opportunity Tax Credit (WOTC)
   - WOTC Self-Attestation Questionnaire
   - Walton return envelope for WOTC forms
   - Earnings & iPay Statements
   - Notice to Tipped Employees
   - WellCard Rx
   - Go Health Insurance Flyer in English and Spanish
   - Safety Program Manual
   - Alcohol Awareness
   - Food Safety Manual
   - Food Allergy and Anaphylaxis FAQs.

4. **New Hire Paperwork Collection:** ALL NEW HIRE PAPERWORK IS TO BE COLLECTED FROM THE NEW EMPLOYEE(S) AT THE END OF ORIENTATION. All necessary documents will need to be signed and checked for completeness (see FORMS, FORMS, FORMS for help completing documents correctly). The employee's direct deposit documents are to be collected with the New Hire Paperwork.

   **FAQ:** *What if the employee states that he/she would like to be paid through direct deposit, but has not provided a voided check or pre-printed document from the bank?*

   *A:* A pay card is to be issued to the employee and the employee is to be informed her that he/she may switch to direct deposit at any time in the future, as soon as appropriate documents have been provided. No employee should EVER leave Orientation without completed direct deposit or pay card forms.

> **FAQ:** *What if the employee wants to take home his/her tax forms to discuss with a parent or spouse and promises to bring them back at a later date?*
>
> *A:* The employee must complete the form during Orientation (only), but if the employee wishes to change the exemptions at a later date, a new form can be completed at that time. No forms should go home incomplete with the employee.

**Upon collection of New Hire Paperwork, new employees are to be reminded that they will be paid electronically, and they will need to register for the iPay website (instructions featured in New Hire Packet and can be found on the Pantry → HR → Policies & Procedures → Payroll Administration).**

> **FAQ:** *Why is it important for the employee to register for iPay?*
>
> *A: i*Pay is the ONLY place where the employee will be able to view pay statements and W-2s. The employee should be reviewing pay statements for accuracy of name, address, social security number, tax exemptions, hours worked each pay period, and rate of pay. *Note: When tax season comes around and W-2s are issued, the employee will have faster access to his/her W-2 through iPay*.

5. **Training Schedule:** A Training Schedule is to be reviewed and discussed with the new employee.

6. **Uniform:** A uniform is to be issued (if applicable) at the end of Orientation.

# POST-ORIENTATION:

## WHAT TO DO WITH COMPLETED NEW HIRE PAPERWORK:

1. **Mail the WOTC Forms:**  Work Opportunity Tax Credit Forms are to be mailed to Walton Management in the envelope provided in the New Hire Packet (see FORMS, FORMS, FORMS).  *Note:  These must be mailed within three (3) days of the Orientation day*.

2. **Create the New Hire PAF:**  Using completed New Hire Paperwork as a reference, a New Hire PAF (Personnel Action Form; updated version can be found on the Pantry → HR → Forms → Payroll Administration) is to be completed with ALL of the employee's information (see FORMS, FORMS, FORMS; All information submitted on a PAF must be validated by the Regional Director of Operations).   *If a uniform was issued at Orientation, this payroll deduction should be included on the New Hire PAF*.

3. **Scan and Send:**  The following documents are to be scanned into a PDF and e-mailed to HRCommunications@foxrc.net:  New Hire PAF, Personal Information Form (PIF), W-4, State Tax Form (if applicable to state), and either the Direct Deposit Enrollment Form (with voided check or pre-printed banking document attached) OR Pay Card Enrollment Form (See FORMS, FORMS, FORMS).

4. **File Paperwork:**  Once all appropriate paperwork is scanned and e-mailed to HR, all original New Hire Paperwork (hard copies) is to be placed into the employee's file (see below).
   **Employee File:**  There are two (2) folders for every employee file: Personnel and Private.

   - **Personnel:**
     1. Completed Job Application
     2. Job Description
     3. Handbook Receipt of Knowledge
     4. Completed W-4
     5. Completed State Tax Form (if applicable)
     6. Completed and signed Performance Reviews
     7. Completed PAFs
     8. Disciplinary Report Forms
     9. Training Records
     10. Special Commendations

   - **Private:**
     1. Pre-Employment References
     2. Outside Agency Complaints
     3. Affirmative Action/ EEO Information
     4. Credit Reports/ Wage Garnishments
     5. Medical Forms
     6. FMLA Documents
     7. Workers' Compensation Reports
     8. Personal Information Form
     9. Injury or Disability Reports
     10. Miscellaneous Financial Requests
     11. Direct Deposit or Pay Card Authorization Forms