## POS NEW HIRE ENROLLMENT:

After Orientation, the GM is responsible for enrolling all employees in the POS system. In addition to the employee's personal information, the GM must input the employee's job code(s) and hourly rate(s).

> **FAQ:** *What if the hourly rate is left blank in the POS?*
>
> *A:* The hourly rate entered in the POS is what will be used to by the payroll system to calculate pay for hours worked. If the hourly rate is left blank, when payroll is pulled from the POS, the hours with a blank or a zero dollar ($0) rate will not be included on the payroll export and these hours will not be paid. It is extremely important to ALWAYS double check that the newly enrolled employee has the correct hourly rate.

## CLOCKING IN AND OUT/TIMEKEEPING FOR PAYROLL:

Each employee will have two (2) important numbers in the POS:

1. **Employee Number:** This is a four-digit number used by the employee to clock in and out of the POS. This number is assigned to the employee by the GM. This number may be the last four digits of the employee's social security number (if not already in use by an existing employee) or phone number, therefore, easily remembered by the employee.

2. **Export ID:** This number is generated by the payroll system (used by Human Resources). Once the New Hire Paperwork is e-mailed to HR, the employee will be added into the payroll system and HR will send a confirmation e-mail to the store's Management Team with the new hire's Export ID. Once the Export ID is received from HR, it must be added to the POS **IMMEDIATELY**. This number is used to retrieve and match an employee's punches in the POS with the employee file in the payroll system. This is the only way the two systems communicate and calculate hours, wages, tips, etc. *In other words, No Export ID = No Pay*.

   **HR is unable to add an employee to payroll and issue an Export ID unless the New Hire Paperwork is complete and correct. Any incorrect/incomplete paperwork will be sent back to the store Management Team to review with the employee.**

   > **FAQ:** *What if I am adding a new hire to the POS before I've received the Export ID from Human Resources?*
   >
   > *A:* Leave the Export ID blank until you receive the correct Export ID from Human Resources. The employee will still be able to clock in and out during this time.
   >
   > **FAQ:** *What can happen if I add my own made up Export ID instead of leaving it blank while waiting for the Export ID from Human Resources?*
   >
   > *A:* NEVER do this. Since the Export ID is what connects the POS and the payroll system, this ID number must be the same in both systems. If you add a false temporary ID number and forget to update it with the Export ID issued by HR, when the payroll export is pulled from the POS during the payroll process, the payroll system tries to match this false ID number to an employee record in payroll. If the false number you have entered for your new hire matches the Export ID of an existing employee, that employee will be paid for the hours that the new hire worked in error. Also, it will be easy to overlook a false temporary ID number when you are reviewing payroll for missing Export IDs.

**FOX RESTAURANT CONCEPTS**
*Established 1998*

## TIP REPORTING:

Tips, like all forms of compensation for services provided, such as wages, are considered taxable to the IRS. Therefore, tipped employees will be taxed on all tips just as they are taxed on all standard wages. Taxes may include: Federal Income, Social Security, Medicare, and State Income Tax. If an employee earns more than $20 a month in tips, ALL tips will count as income and must be reported. This includes cash tips, charge card tips, and any other tips received from coworkers, minus what is tipped out to others.

### All tipped employees are required to report 100% of their tips for tax purposes.

The law requires tipped employees to report and pay taxes on 100% of the tips kept after tip-outs. If a tipped employee is audited, the IRS will be checking to see if 100% of his/her tips were reported. The IRS has the right to audit as far back as three (3) years or longer if they believe fraud is involved. *In Nevada, tips are reported according to the IRS Tip Rate Determination Agreement*.

**Full Service Tip Reporting:** When the tipped employee clocks out at the end of a shift, he/she will be prompted to claim tips earned during that shift. The GM is responsible for auditing tipped employees to make sure they are claiming all of their tips.

**Fast Casual (Sauce) Tip Reporting:** Tips will be entered BY A MANAGER the following day for current day tips (i.e. Tips earned by an employee on Thursday will be entered into the POS on Friday under Thursday's date).

> At FRC stores, tips are paid out in cash at the end of the shift. As a result, the paycheck may have an insufficient amount to cover an employee's <u>full tax liability</u>, including Federal Income Taxes, Social Security, Medicare and State Income Taxes. This remaining tax liability uncollected throughout the year will remain due from the employee to the proper jurisdiction when completing his/her year end tax return.

**FAQ:** *What if the employee is receiving $0 paychecks?*

A: These employees should be aware that they may owe more in taxes than they expect when filing their year end tax returns. To avoid penalties, some tipped employees save a few extra dollars each quarter and pay accordingly so they don't get caught short at tax time.

The Tip Income Reporting Policy on the Pantry should be reviewed for additional information on this topic.

## EMPLOYEE MAINTENANCE:

Once an employee is added to the POS and to the payroll system, it will be the GM's responsibility to maintain the employee's time and attendance, employee file (with proper paperwork), and basic Human Resources administration.

### EDITING PUNCHES IN THE POS:

There are two ways to edit punches in the POS:

1. **Aloha Manager (in the office):** Aloha Manager (on the office computer) has the ability to edit punches from the previous day only, not the current day (see screen shot below).



2. **POS Terminals (FOH):** To avoid an editing back log, punches should always be edited at the end of each shift on the Front of House (FOH) POS terminals, ideally by the Manager who ran the shift. This will ensure accuracy and remove the need for any "guessing" later (see screen shot below).



**FAQ:** *What if an employee has left the premises and did not clock in or clock out?*

*A:* In order to correct these punches, you will need to do the following:

- The Employee Number from Aloha Manager is to be retrieved from the office computer.
- The Employee Number is to be used to clock the employee in and out on the POS.
- Punches are edited on the POS terminal (FOH).

**FAQ:** *What if an employee forgets to clock in or clock out for a meal break (California and Nevada stores ONLY)?*

*A:* Breaks, like in and out punches, may only be added the following day in Aloha Manager. Also like punches, they may be edited the same day in the FOH POS terminal. Each morning, upon arrival, the opening Manager should review breaks in Aloha Manager to ensure accuracy.

## JOB/PAY RATE CHANGES:

When employees change positions/jobs or receive a pay rate change, the following must occur to ensure the changes are reflected properly through payroll:

1. **Job/Pay Rate Change PAF:** A PAF must be e-mailed to HR reflecting the job or pay rate change with the proper effective date. *Note: Do not send Job/Pay Rate Change PAF to HR until Regional Director of Operations has approved*.

2. **POS Update:** The POS must be updated with the employee's new job code and/or pay rate change IMMEDIATELY upon effective date.

# PAYROLL:

## MANAGER RESPONSIBILITIES:

While the payroll tasks may be delegated to other Managers from time to time, the ultimate responsibility is with the General Manager.

**The Payroll Calendar (First Things First):** The following dates are important in the payroll cycle:

1. **Identifying the Pay Period:** The work week begins on Wed. and ends on Tues. Pay is issued biweekly, therefore, the pay period will include two work weeks (see sample Payroll Calendar).

2. **Payroll Processing Day:** Payroll processes first thing Wednesday morning, every two weeks. The Payroll Export Report is pulled automatically from the POS on Wednesday morning, and uploaded directly to the payroll system. ***This means that all edits to the POS must be in by close of business on the Tuesday night of the Pay Period end*** (Examples of edits: missing/incorrect punch edits and updating new hire Export IDs).

   **FAQ:** *What if I'm the opening Manager Wed. morning (Payroll Day) and I notice that an employee did not clock out the night before and it was not caught by the closing Manager?*
   A: Call Human Resources IMMEDIATELY to notify them. The information edited the Wed. that payroll processes will NOT be included on the Payroll Export Report and therefore, the employee's pay will be processed incorrectly. If caught early, HR may be able to make the edit before finalizing payroll with the processing company. If not notified first thing in the morning, payroll will be processed without the change and there may need to be an adjustment later.

3. **Pay Day:** Pay Day is the Tuesday following the Pay Period end date.

| | Payroll Calendar | | | | | | |
|---|---|---|---|---|---|---|---|
| | Wednesday | Thursday | Friday | Saturday | Sunday | Monday | Tuesday |
| Work Week 1 | New pay period begins. PAYROLL RUNS for pay period ended: Payroll automatically uploads from POS to Payroll for processing. | | | | | | Pay Day |
| | Wednesday | Thursday | Friday | Saturday | Sunday | Monday | Tuesday |
| Work Week 2 | | | | | | | Pay period ends. *All final edits must be added to the POS by closing for payroll to process in the morning. |
| | Wednesday | Thursday | Friday | Saturday | Sunday | Monday | Tuesday |
| Work Week 1 | New pay period begins. PAYROLL RUNS for pay period ended: Payroll automatically uploads from POS to Payroll for processing. | | | | | | Pay Day |
| | Wednesday | Thursday | Friday | Saturday | Sunday | Monday | Tuesday |
| Work Week 2 | | | | | | | Pay period ends. *All final edits must be added to the POS by closing for payroll to process in the morning. |

**FOX RESTAURANT CONCEPTS**
*Established 1998*

**Pay Period End Checklist:  What You Need to Do to Ensure Payroll Runs Smoothly:**

These are the things that need to be accomplished by closing the Tuesday night before Payroll Day.

1. **Pull Your Report:**  In-store Export ID Report is to be pulled from POS.  This report will determine whether or not employees are missing Export IDs in the POS.  The employees with missing Export IDs will appear at the top of the report to be easily identified (see directions and sample below):

    - In Aloha Enterprise, it is handled as follows:  Aloha Insight → Reports Viewer → Sales & Labor → Emp Hrs By Export ID – AR.

    - This report is to be pulled as an **EXCEL** file.

    -  These reports will pull employees working within the date range selected **ONLY**.  It is critical to enter dates for the current pay period.

    **FAQ:**  *Which Numbers on the Export ID Report are the Export IDs?*

    *A:* The **BOLDED** numbers to the left and directly above the employee name and clock in number are the Export IDs (see sample Export ID Report below).  A "0", means there is no Export ID in the POS for that employee.  If the Export ID has not been received from HR, contact them.  The example below will illustrate how to view and see Export IDs currently in the system:



**FAQ:** *What if I notice one or more employees on the Export ID Report is missing an Export ID?*

A: If an employee on the Export ID Report is missing an Export ID, this may be for one of the following reasons: One reason is that HR has added the employee to payroll, sent a confirmation e-mail with the Export ID, but it was not updated in the POS by a Manager during the pay period. Review all e-mails received during the pay period for this information. Another reason is that the New Hire Paperwork was never sent to HR to add the employee to payroll. E-mail his/her New Hire Paperwork to HR IMMEDIATELY and if you do not hear back by 3pm (MST) the day before payroll runs, CALL HR to ensure they have received your new hire's paperwork so they can issue the Export ID to be input by closing Tuesday. *Remember, if the Export ID is not corrected by closing Tuesday, payroll will be rejected*.

2. <u>**Review Employee Punches (One Last Time):**</u> Punches for the pay period are to be reviewed and any final edits are to be made by closing Tuesday.

3. <u>**Check Pay Rates:**</u> Wage information is to be verified to ensure it is correct for all employees. *Pay rate changes effective during the pay period need to be checked and updated appropriately in the POS*.

**FAQ:** *What if I notice that an employee's raise has not been added correctly to the POS?*
A: Punches for ALL SHIFTS WORKED will need to be edited from the effective date of the pay rate change and the pay rate will need to be updated in the employee's POS file so that moving forward, all punches will capture the correct pay rate.

## Making Adjustments After Payroll:

From time to time, there will be issues that come up that will need adjusting after payroll has processed.

*Example 1:* It is Pay Day and an employee approaches you and says that she thinks she may have forgotten to clock in for one of her shifts and her paycheck is now short those missing hours.

*Example 2:* An employee was given a raise during the last pay period, but it was not entered in the POS, and now he was not paid the correct hourly rate.

*Example 3:* An employee was hired during the pay period, but his/her New Hire Paperwork was not sent to HR, therefore, he/she was not added to payroll and did not receive pay on Pay Day.

There are several ways to handle these (and other) situations that might call for a payroll adjustment.

## Manual/Retro Pay Request Form:

- *What is it?* The Manual/Retro Pay Request Form is a form used to indicate missing or incorrect hours/wages that ran on the last payroll.
- *When do I use this form?* When there has been an instance where an employee has not received the correct pay for the last pay period.
- *Where can I find it?* The Pantry → HR → Forms → Payroll Administration (see sample in FORMS, FORMS, FORMS)
- *Why do I need to submit this form?* So that payroll can issue manual pay or retro pay for the employee's missed wages.
- *Who do I send it to?* Send the completed form to HRCommunications@foxrc.net.

### The Payroll Exception Report:

- *What is it?* The Payroll Exception Report captures information from the pay period that did not process correctly through payroll due to store error.
- *When does the Payroll Exception Report go out?* Every Monday following the most recent Pay Day.
- *Who sees this report?* Human Resources, the CFO, the VP of Operations, Regional Directors of Operations, and General Managers.
- *Why do we have a Payroll Exception Report?* This report keeps track of payroll issues so that proper steps may be taken to correct them.
- *How do I avoid showing up on the Payroll Exception Report?* While payroll will never be a flawless system, if the policies and procedures outlined in this manual are adhered to, payroll exceptions will be minimal.

*For further information on the Payroll Exception Report or questions, please ask Human Resources.*

## TERMINATIONS AND FINAL PAY:

Unfortunately, terminations are unavoidable. Whether voluntary resignation or involuntary termination, there are final steps that need to be taken in order to ensure the employee leaves the company with proper final pay and the information he/she needs.

### MANAGER RESPONSIBILITIES: WHAT WILL HAPPEN AT EVERY TERMINATION:

1. **Recognize the Type of Termination:** Determine which of these two (2) categories the termination will be: Voluntary Resignation or Involuntary Termination.

   - **Voluntary Resignation:** This is when an employee decides to leave the company. Example: The employee has accepted another position outside the company, the employee is leaving for personal/medical reasons, the employee has walked off/abandoned the job, or simply because the employee has decided to move on.

   - **Involuntary Termination:** This is when the Manager decides that the employee is not a good fit for the company and therefore, is to be terminated. Example: The employee's performance is not up to company standards, the employee is insubordinate (verbally or physically), the employee has scheduling conflicts that limit availability to work scheduled shifts, the employee has missed scheduled shifts.

   **FAQ:** *What is the difference between Job Abandonment and Failure to Call/Show?*

   *A:* There is a difference between these two events; one results in a voluntary resignation and the other results in involuntary termination. When an employee walks off the job, abandons the work station, never returns from a meal break, or fails to call/show for scheduled shifts and is unable to be contacted by a Manager, this event is called Job Abandonment. The employee has made the decision to abandon the job. When an employee fails to call/show for a scheduled shift, this might be due to reading the schedule incorrectly or because the employee is not being responsible for his/her work schedule. If an employee fails to call/show for scheduled shifts, but calls after the fact to explain the situation, the Company/Manager may find it necessary to end employment, therefore, making the termination involuntary. *Note: This important difference will be valuable when determining how to issue Final Pay*.

2. **Know Your State Laws:** Once the type of termination has been identified and is scheduled to take place, state laws must be adhered to when issuing final pay to the employee (see State Laws on Termination in the reference section).

3. **Submit Proper Termination Documents to HR:** ALL of the following documents must be submitted to HR upon termination:

   - **Termination PAF:** The Termination PAF is filled out with information for the employee's payroll file. The information will include: Termination Date, Last Day Worked, Reason for Termination, Notes/Comments on the Final Incident. This form will terminate the employee in the payroll system.

**FOX RESTAURANT CONCEPTS**
*Established 1998*

- **Final Pay Form (if applicable – see State Laws on Termination in reference section):**
  This form can be found on the Pantry → HR → Forms → Payroll Administration (see sample in FORMS, FORMS, FORMS)

- **Disciplinary Report Forms (if applicable – see sample in FORMS, FORMS, FORMS):**
  These forms would indicate prior documented incidents up to and including the final incident that has lead to termination.

4. **Final Pay:** Once the termination paperwork has been processed by HR, the final pay will be issued to the employee in one of the following ways.

   - **Manual Check:** If the employee is on direct deposit and state law requires him/her to be paid final wages outside of regular payroll, he/she will be issued a manual (paper) check. This check will be issued by the store or Big Kitchen, depending on state law requirements.

   - **Instant Pay Card Funding:** If the same situation as above occurs, but the employee is on a pay card, HR will fund the employee's pay card.

   - **Next Scheduled Pay Day:** If the employee's termination is voluntary and **STATE LAWS ALLOW**, the employee's pay may run through regularly scheduled payroll and he/she will receive wages on the next scheduled Pay Day through direct deposit/pay card.

5. **Employee Reminder:** Before the employee leaves on the last day worked, it is important to update his/her address and contact information. The employee is to be reminded that he/she will have access to the year end W-2 on iPay.