## EMPLOYEE TRANSFERS (HOURLY):

During an employee's career, he/she might transfer from one store to another within the Company. There are important steps that need to be taken to make the transition a smooth one:

1. **Transfer Request Form:** This form is filled out by the employee who wishes to transfer to another store. Once the GM of the current store approves the transfer, he/she signs the form and sends to the GM of the store to which the employee wishes to transfer (form can be found on the Pantry → HR → Forms → Staffing; also see sample in FORMS, FORMS, FORMS).

2. **Transfer PAF:** Once the GM of the new store has approved and signed the Transfer Request Form, the employee will transfer to the new location. The NEW STORE GM will submit a Transfer PAF to HR to transfer the employee in the payroll system.

3. **Transfer of the Employee File:** The employee's file is to be pulled and copies of every document in the folders are to be kept with the store's termination files. Once copies have been made, the entire ORIGINAL EMPLOYEE FILE is to be sent to the new store's GM.

   **EMPLOYEES ARE NOT TO BE ASKED TO BRING THEIR FILE TO THE NEW STORE. THE EMPLOYEE FILE IS NEVER TO BE PLACED IN THE HANDS OF THE EMPLOYEE UNSUPERVISED.**

   **FAQ:** *Why can't I give the employee his/her file to bring to the new store? What's the big deal?*

   *A:* The reason we never want to hand the employee his/her own file is for security and confidentiality reasons. What if the employee loses the file or forgets to give it to his/her new General Manager? We lose the file. What if the employee removes disciplinary or other documents from his/her file? We lose our records. The best way to handle file transfers is for a Manager from the old store to deliver the file (physically or FedEx) to a Manager at the new store.

4. **POS Maintenance:**

   - **Old Store:** Once the employee has transferred to his/her new store, the employee is to be "zapped" from the POS as a terminated employee would be. This will remove him/her from the time clock system.

   - **New Store:** Like a new hire, a new Export ID will be received for the transferred employee once the Transfer PAF has been submitted to HR.

     **FAQ:** *Can't I get the Export ID from the employee's old store? Isn't it the same?*
     *A:* NO. The way the payroll system issues Export IDs is unique numbers by store. Each store has its own series of numbers, and while sometimes, the Export ID remains the same in the new store, there is never a guarantee that the system will have the number available, so ALWAYS wait for HR to issue the correct Export ID.

## REHIRES:

When a former employee is rehired, there are two scenarios that may take place, based on the length of time the employee has been away from the company:

1. **90 Days or Less:** If the employee has been terminated in the payroll system for 90 days or less, the following documents must be submitted in order to rehire this individual:

   - Electronic I-9:  Although the employee will not need to complete a New Hire Packet, he/she WILL still need to complete a new I-9 (according to federal compliance laws).

   - Rehire PAF:  A Rehire PAF is to be created and sent to HR, including the Rehire Date. This will reactivate the employee in payroll.  HR will send the store the Export ID once the reactivation has taken place.

   - Employee File:  The employee's folder from the terminated files is to be moved back into the store's active files.  A copy of the Rehire PAF is to be placed in the file.

   - POS Maintenance:  The employee will need to be re-added to the POS.

2. **More than 90 Days:**  For rehires who have been terminated for more than 90 days, the following documents must be submitted in order to rehire this individual:

   - New Hire Packet:  The rehire must complete ALL of the documents in a New Hire Packet, the same as he/she would as a brand new hire.

   **FAQ:** *Why does the rehire need to fill out the entire New Hire Packet?  He says his information is the same as it was 6 months ago?*

   A: The reason we need the New Hire Packet completed again is for employment record keeping.  Once there has been a breach in employment for over 90 days, information may no longer be current.  An employee may think we have his/her current address, banking info and desired tax withholdings, but a lot can change in the time he/she has been away.  So, just in case, we need to have him/her update all information – NO EXCEPTIONS.

   - Electronic I-9:  The rehired employee WILL need to complete a new I-9 (according to federal compliance laws).

   - Rehire PAF:  A Rehire PAF is to be created and sent to HR, including the Rehire Date. This will reactivate the employee in payroll.  HR will send the store the Export ID once the reactivation has taken place.

   - Employee File:  The employee's folder is to be moved from the terminated files back into the store's active files.  A copy of the Rehire PAF is to be placed in the file.

   - POS Maintenance:  The employee will need to be re-added to the POS.

## PROMOTIONS TO MANAGEMENT:

FRC takes great pride in promoting many of our employees from within the organization. Here are the steps that should take place during an hourly promotion to a salaried/exempt Manager position:

*Who's Responsible?*

**While the General Manager of the newly promoted Manager's home store may be asked to send documents to HR, the responsibility of the Manager's file and paperwork is with the Regional Director of Operations.**

The following steps need to be completed in order for the employee to be promoted:

1. **Promotion PAF:** The Regional Director is to create a Promotion PAF for a new Manager. This will include the Manager's Promotion Date, home store, and new salary information. This PAF is to be sent to HR and will promote the new Manager in payroll.

2. **Employee File:** While the store keeps all the hourly employee files, the Manager files are kept at the corporate office (Big Kitchen). This process is the same as for transferring hourly employees. Copies of the entire employee file are to be kept with your records (with the termination files) and THE ENTIRE ORIGINAL FILE is to be sent to the Big Kitchen to HR.

## NEWLY HIRED MANAGEMENT:

*Who's Responsible?*

**While the General Manager of the newly promoted Manager's home store may be asked from time to time to send documents to HR, the responsibility of the Manager's file and paperwork is with the Regional Director of Operations.**

Here is what must take place in order to ensure the Newly Hired Manager has a successful administrative onboarding.

### PRE-ORIENTATION:

Once the job offer is accepted, the Regional Director is to give the newly hired Manager the following information to prepare for Orientation:

1. **Electronic I-9:** The newly hired Manager is to be given an electronic I-9 card with instructions to complete Section 1 at home PRIOR to Orientation. The Manager will need to bring employment authorization documents (refer to Pantry → HR → Resources → I-9 List of Acceptable Documents) to Orientation.

   **FAQ:** *What if the new Manager is attending Orientation at a different location than the home store? How does the home store GM/EC complete Section 2?*

   *A:* If the new Manager will be attending Orientation at a location other than the home store, he/she should be instructed to bring employment authorization documents to his/her home store prior to Orientation so the GM/EC at that location can complete Section 2.

   **FAQ:** *Why does Section 2 of the I-9 need to be completed at the new Manager's home store?*

   *A:* When the new Manager completes Section 1 of the I-9, he/she will have selected the home store location. Only the location selected will have access to the I-9 for completing Section 2 online.

2. **Electronic Pay:** The Regional Director is to notify the Manager that FRC issues electronic pay ONLY (no paper checks) and that every employee must select one of the two available options: Direct Deposit or Money Network Pay Card. The Manager will need to bring a voided check or pre-printed document provided by the Manager's bank to Orientation if he/she wishes to be on direct deposit. If he/she fails to provide a voided check or pre-printed document from the bank, he/she will be automatically issued a pay card – NO EXCEPTIONS. *Note: The Manager may switch from pay card to direct deposit at any time in the future once proper documents are provided*.

## IN-STORE ORIENATION DAY:

Although a New Manager will attend Centralized Orientation at the Big Kitchen, he/she will need to have an in-store Orientation with his/her Regional Director before the first day of work.  At Orientation, the following events will take place:

1. **I-9 Completion:**  The Manager will have already completed Section 1 prior to Orientation.  The GM/EC at the new Manager's HOME STORE is to complete Section 2 of the Electronic I-9 using the employment authorization documents provided by the new Manager.

2. **New Hire Packet Completion:**  Like any new hire, the new Manager will complete a New Hire Packet.  The Regional Director conducting Orientation will be responsible for signing appropriate documents and checking for accuracy and completion.

3. **Collection of New Hire Paperwork:**  Once the new Manager has completed the entire New Hire Packet, the Regional Director will collect ALL New Hire Paperwork.  Direct Deposit/Pay card information is collected at this time (see Orientation section for Electronic Pay information).  *Note:  The Regional Director should explain to the new Manager how  iPay works at this, since this is how he/she will view pay statements and W-2s.  The instructions for iPay registration are in the New Hire Packet.*

## POST-ORIENTATION (WHAT TO DO WITH COMPLETED NEW HIRE PAPERWORK):

1. **Mail WOTC Forms:** Work Opportunity Tax Credit Forms are to be mailed to Walton Management in the envelope provided in the New Hire Packet (see FORMS, FORMS, FORMS).  *Note:  These must be mailed within three (3) days of the Orientation day*.

2. **Complete a New Hire PAF:**  Using the new Manager's completed New Hire Paperwork as a reference, a New Hire PAF is to be completed.

3. **Send Originals to HR:**  ALL COMPLETED NEW HIRE PAPERWORK (ORIGINALS) AND THE NEW HIRE PAF IS TO BE SENT DIRECTLY TO THE BIG KITCHEN TO HR.  This will allow HR to add the Manager to payroll and to create the employee file.

## TRANSFERRING MANAGEMENT:

<u>Transfer PAF:</u>  The Regional Director should complete the Transfer PAF and send to HR to transfer the Manager in payroll.

## TERMINATION OF MANAGEMENT:

Unfortunately, Managers will leave the company, whether through Voluntary Resignation or Involuntary Termination.  These are the things you will need to do to ensure the departure is a smooth one.

**While you may be asked to assist in completing and submitting Termination documents, the ultimate responsibility is with the Regional Director of Operations.**

**\*\*See Termination and Final Pay in the Payroll Section.  The same steps will be taken with the termination of a Manager.  In addition, please see the Separation Checklist Policy (Pantry → HR → Policies & Procedures → Safety and Security) and complete the Separation Checklist Form (Pantry → HR → Forms → Safety and Security; see sample in FORMS, FORMS, FORMS) with the Terminating Manager at the time of termination.\*\***

## STATE LAWS ON TERMINATION

Terminations are never fun or easy. However, they will take place inevitably, and the last thing we want to do is make the transaction any more difficult or awkward than it needs to be.

**\*\*For further information on State Termination Laws, please see the following documents located on the Pantry:**

- HR → Resources → Termination – California Separation Pamphlet
- HR → Policies & Procedures → Termination – Final Pay Policy
- HR → Policies & Procedures → Termination – Involuntary Separation of Employment Policy
- HR → Policies & Procedures → Termination – Voluntary Separation of Employment Policy
- HR → Forms → Termination – Notice to employee as to change in relationship (CA stores - versions specific for: Newport Beach, San Diego, Santa Monica)

**Final Pay Laws by State: (Featured in Final Pay Policy)**

|  | Involuntary Termination | Voluntary Resignation |
| --- | --- | --- |
| **Arizona** | Within 72 hours or next scheduled pay day, whichever is sooner | Next scheduled pay day |
| **\*California** | Immediately at time of termination. Includes any accrued PTO if applicable | If notice is given, final pay must be issued on the last day worked. If no notice is given, 72 hours from last day worked |
| **Colorado** | Immediately at time of termination. Includes any accrued PTO if applicable | Next scheduled pay day |
| **Kansas** | Next scheduled pay day | Next scheduled pay day |
| **Nevada** | Immediately at time of termination. | Next scheduled pay day or within 7 calendar days—whichever is earlier |
| **Texas** | Within 6 days | Next scheduled pay day |

**\*\*If a situation is unclear, please call HR to go over Termination details and they will help determine how to issue Final Pay.\*\***

FOX RESTAURANT CONCEPTS
*Established 1998*

## FORMS, FORMS, FORMS

This reference guide will show you samples of the most commonly used forms and indicate where they are found.

### PAF (Personnel Action Form):  Pantry → HR → Forms → Payroll Administration

*When is this form used?*  A PAF is completed whenever there is a change to the employee file.

- New Hire
- Rehire
- Transfer
- Promotion/Job Change
- Pay Rate Change
- Special Payment/Deduction (i.e. Uniform Deduction)
- Time Off (Management Only)
- Leave of Absence/Return from Leave
- Termination

**\*\*The PAF must be completed in its entirety to be processed.**



### PIF (Personal Information Form):  Pantry → HR → Forms → New Hire Documents

*When is this form used?*

- New Hire (part of the New Hire Packet)
- Change of Personal Information (i.e. name or address change, emergency contact update)





**Form W-4:**  Pantry → HR → Forms → New Hire Documents

*When is this form used?*

- New Hire (part of New Hire Packet) *\*\*Note:  When a new hire is completing the Form W-4, he/she is to be reminded to read the instructions and complete the worksheet that accompanies the form.  This will assist in understanding how to properly claim allowances or exemptions, especially the section in the upper left hand corner regarding claiming an exempt status.  If an employee is claiming exempt tax status, the Withholding Exemptions for Employees document is to be printed (Pantry → HR → Policies & Procedures → Payroll Administration) and given to the employee to review qualifications for claiming a tax exempt status.\*\**



- When changing marital status or exemptions (this can be done at any time the employee wishes)

**State Income Tax Withholding Forms:**  Pantry → HR → Forms → New Hire Documents

*When is this form used?*

- New Hire (part of New Hire Packet)
- When changing marital status or exemptions





# FOX RESTAURANT CONCEPTS
*Established 1998*

### Electronic Pay Forms:

*When are these forms used?*

- New Hire (part of New Hire Packet)
- Any time an employee needs to update banking information for payroll

1. **Direct Deposit (Pantry → HR → Forms → New Hire Documents):** A voided check or a bank account information printout from the employee's bank may be accepted when enrolling the employee in direct deposit.  The voided check may be attached to the Direct Deposit Authorization Form (see sample below).

2. **Pay Card (through Money Network):** If the employee elects the pay card, he/she will be given a TotalPay Card envelope (includes pay card, TotalPay Card Authorization Form and additional information for employee's records).

   ***Note:  Any employee who does not provide proper documents to enroll in direct deposit must be issued a pay card at Orientation – NO EXCEPTIONS.***

   - Employee fills out the TotalPay Card Authorization Form (see sample below).  The bottom portion along the dotted line is to be torn off.  This part, completed with employee's information is scanned in with the other New Hire documents that are sent to HR after Orientation.  The top portion of this form goes to the employee.  It contains important information about the pay card account.
   - Employee will need to call the number on the back of the pay card and activate his/her card before using.

   **FAQ:** *What if an employee loses his/her pay card? Instruct your employee to call Money Network at 866-711-4609 for assistance.   A REPLACEMENT CARD IS NOT TO BE ISSUED OUT OF THE STORE.*



Routing Number     Account Number

