### Tax Credit Forms:

1. Form 8850 (2 pages)
2. Work Opportunity Tax Credit (WOTC) Self-Attestation Eligibility Questionnaire

*When are these forms used?*

- New Hire (part of New Hire Packet)

When a new hire completes these forms, the sections circled in red are to be completed and signed(see below). It is the General Manager's responsibility to ensure these forms are mailed within three (3) days of hire date.




(8850 (page 1, left; page 2, right)



(Work Opportunity Tax Credit (WOTC) Self-Attestation Eligibility Questionnaire

### Manual/Retro Pay Request Form: Pantry → HR → Forms → Payroll Administration

*When is this form used?*

- When there has been an instance where an employee has not received the correct pay for the last pay period.



**FOX RESTAURANT CONCEPTS**
*Established 1998*

### Disciplinary Report Form:  Pantry → HR → Forms → Administrative

*When is this form used?*

- Any time there is a need to document disciplinary action taken to correct employee behavior.  This form is placed in the employee file once the employee and Manager sign.

### Final Pay Form (2 Versions):  Pantry → HR → Forms → Payroll Administration

*When is this form used?*

- Upon termination of employment (according to state laws – See State Laws on Termination.

(General Form)                                                                 (CA, CO, NV)

### Transfer Request Form: Pantry → HR → Forms → Staffing

*When is this form used?*

- When an employee requests a transfer to one of our other locations.



### Separation Checklist: Pantry → HR → Forms → Safety and Security

*When is this form used?*

- Upon termination of a Manager.