# FOX RESTAURANT CONCEPTS
*Established 1998*



EXHIBIT 3 -146-

PAE-TFK-000582

# "GREAT HOSPITALITY EVERY TIME"

# FOX RESTAURANT CONCEPTS
*Established 1998*

Property of Fox Restaurant Concepts
Unauthorized download, duplication or distribution of this material is prohibited.

FABT K 000583
EXHIBIT -147-