

*" Great Hospitality Every Time."*

## TOOL KIT
# EMPLOYEE ORIENTATION

## FOX RESTAURANT CONCEPTS
*Established 1998*

EXHIBIT 4

PAE-TFK-000320

-148-



EXHIBIT 4

**PAE-TFK-000321**

# FOX RESTAURANT CONCEPTS

*Established 1998*

## TABLE OF CONTENTS

Welcome & Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-3

The Break Down . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

The Paperwork. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-6

Company History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Mission - Vision - Values . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

FRC Competencies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Our Concepts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-12

The Big Kitchen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Employee Handbook Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-18
- Our Guests, Expectations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
- General Practices, The Work Cycle . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
- Employee Guidelines. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
- Guest Relations, Employee Conduct . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
- Career Development, Managing your Time, Workplace Safety . . . . . . . . . . . . 18

FRC Punch List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

What Happens Next?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

*"In every phenomenon, the beginning remains always the most notable moment"*

- Thomas Carlyle

EXHIBIT 4          PAE-TFK-000322          January 2014

-150-

FRC

## WELCOME TO THE ORIENTATION TOOL KIT!

Congratulations, you have just hired a new employee! Now what?

As a General Manager, this is your chance to make a GREAT first impression. The goal of this tool kit is to make sure your new employee feels welcome, informed and excited about joining us. To ensure you cover everything your new employee needs to know to be a successful, long term Fox Restaurant Concepts employee, we have created this guide to help you navigate the perfect employee orientation experience.

## What is Orientation?

Orientation is designed to welcome and educate new employees to Fox Restaurant Concepts and the restaurant they will work in.

## When is Orientation?

To make the process more efficient, and more effective our orientation days and times are scheduled. We have done this so that you can better plan your week. We realize, that you may not always have the need to hold orientation (no hires for that week), but you should always keep it scheduled as it is on the Fox Restaurant Concepts Orientation Schedule. No improvising, please…

If you are not sure of your day and time, please refer to the Orientation Schedule on The Pantry.

## Why are we Asking you to Use this Tool Kit?

This Orientation Tool Kit will serve as your 'facilitators guide' so you can deliver a memorable orientation to each new employee. Do you remember your first day at a new job? Surely, those initial experiences went a long way in shaping your impressions about the company. When done properly, orientation helps develop realistic job expectations, positive attitudes and job satisfaction. It is important for employees to learn what is expected of them, what to expect from others, and learn about our Mission, Vision and Values.

Orientation is also crucial for retention. We invest a lot of time and energy in attracting the perfect fit, so keeping our employees is a top priority.

This is your opportunity to make a first and lasting impression!

## Who Goes Through Orientation?

All new employees must go through orientation, whether they are front or back of the house. Remember…we are ONE team.

## Who Should Conduct Orientation?

The overall responsibility for the success of the onboarding experience with a new employee to Fox Restaurant Concepts lies with the General Manager. Other managers and team members may be involved in the process. As the facilitator, you must be extremely familiar with the material that you are presenting. You must ensure that you go out of your way to connect with your new employees and keep them engaged throughout the entire presentation.

**FOX RESTAURANT CONCEPTS**

*Established 1998*

## Where Should Orientation Take Place and for How Long?

Orientation should take place in the restaurant. Create a festive, and comfortable environment with refreshments and snacks.

You should conduct it in a quiet place away from the action; try to have the new employees with their back to the floor, so they do not become distracted by any other activity in the restaurant.  Have them introduce themselves, and talk a little bit about their past experiences.

Orientation should last approximately 2 to 3 hours to be delivered properly.  It may take longer based on the number of attendees.

The table of contents will help you better understand the material in the tool kit, so that you deliver an effective and organized orientation each and every time.

*Remember it is up to you to showcase the FRC culture and our passion for what we do each and every day!*

EXHIBIT 4

PAE-TFK-000324

February 2014

## THE BREAK DOWN

Below is detailed information to help you deliver a great orientation. Please note that some of the information you are delivering will be found in the Employee Handbook, Hospitality Manual and the New Hire Packet. Throughout this tool kit you will notice text *in italics and red, such as this* these are suggestions on how to best convey important information and engage your new hires.

### Introduction

During the introduction you want to make the employee feel welcome and as comfortable as possible. To achieve this, be well prepared before the new employees arrive.

*Before you start, hand each employee:*

- New Hire Packet  (includes The Handbook)
- Menu Knowledge Information
- Hospitality Manual
- Floor Plan

o   *Introduce yourself first and give a brief work history.*
o   *Have each new employee introduce him/herself and give a brief work history.*
o   *State the objectives of Orientation.*

### Specifically

- New Hire Paperwork
- Company History & Values
- Employee Guidelines
- Guest Service
- Safety & Sanitation

### In General

- Training Process
- Understanding of FRC Objectives and Expectations

FOX RESTAURANT CONCEPTS
*Established 1998*

## THE PAPERWORK

*(Complete the entire new hire packet with each employee attending Orientation and double check the completed forms for accuracy).*

Completing paperwork is critical. It ensures our new employees receive their first pay correctly, that proper taxes are taken, and that the Big Kitchen has the employee correctly in the payroll system. Imagine working at a new job for two weeks and not getting your first paycheck! Definitely not the culture we want our new employees to experience. The information below can be found in the new hire packet.

The following is a partial list of the paperwork that is to be reviewed, and completed as required:

Application *(should already be completed)*

W-4 Federal Income Tax Form

State Tax Form *(if applicable)*

Personal Information Form *(all requested information needs to be completed)*

Electronic I-9 *(section 1 will be completed by the employee prior to orientation)*

Direct Deposit / Electronic Pay Card Form

Payroll Deduction Authorization (if applicable)

Meal Period Waiver Agreement (California)

Uniform Issue Agreement (California, Colorado True Food Kitchen only)

WC Notice English and Spanish (California)

WC Notice and Acknowledgement (Texas)

WC Workplace Safety (Nevada)

WC MPN Notification (California)

DLSE Notice (California)

Affirmation of Legal Work Status (Colorado)

Work Opportunity / Tax Credit Forms

Inflection Ipay Enrollment Instructions

Notice to Tipped Employees (except California)

Health Insurance Marketplace Notice

WellCard RX

Go Health Insurance Flyer

Work Number Form

Food Safety Manual
- Food-borne Illness
- Temperature Danger Zone
- Hot/Cold Holding
- Cross Contact

Food Allergy FAQ
- 8 most common food allergies
- Symptoms and risks
- Cross contamination

EXHIBIT 4          PAE-TFK-000326        anuary 2014

-154-

Alcohol Service Requirements – State Specific *(review & sign)*
- Liquor & Age Requirements
- Proper Identification
- Consumption Limits

*After Orientation, you will need to do the following:*

- Set up employee folders and include all required paperwork.

- Enter employee information into Aloha.

- Complete the Personnel Action Form (PAF) and email with other required documents to: **HRCommunications@foxrc.net**

# FOX RESTAURANT CONCEPTS

*Established 1998*

## COMPANY HISTORY

## Topics

**History of our Company** *(Read this section aloud.  Make sure your audience gets a sense of Sam's passion, how Fox Restaurant Concepts came to be and the 'why' behind every decision we make as a company).*

## Passionate  //  Driven  //  Creative  //  Visionary

Sam Fox is the Founder, President & CEO of Fox Restaurant Concepts (FRC). Since 1997 Sam has been highly influential in the restaurant scene with his creative, hip, and unique restaurants.

With 40+ restaurants and over 3,000 employees, Sam's continued focus is to deliver an outstanding and memorable dining experience for each and every Guest that walks through the door.

Sam's current concepts include restaurants in the following locations:  Austin, Dallas, Denver, Kansas City, Las Vegas, Newport, Phoenix, San Diego, Santa Monica, Scottsdale, and Tucson.

Since working in his father's restaurants at a very young age, Sam knew his passion would lie in the restaurant industry.  In 1990, at the age of 20 Sam pursued his dream and opened his first restaurant, Gilligan's, in Tucson, Arizona.  After selling this instantly-popular nightspot for a profit in just two years, he founded Tucson's City Grill (1994) and Metropolitan Grill (1996), and Firecracker.

Wanting to expand upon his vision and create a company dedicated to launching successful original boutique restaurant concepts, Sam began work on the first of FRC's signature concepts.  In 1998, Wildflower opened in Tucson, Arizona to accolades.

Since 1998, FRC has added over 40 locations and expanded into new markets.  Each FRC restaurant is met with rave reviews by area and national dining critics and Guests alike.

Sam is a six-time James Beard Award nominee for Restaurateur of the Year and cookbook author who believes in sharing his success by generously giving back to the communities his restaurants serve. Sam has been an avid supporter of the Boys and Girls Clubs since the company's inception in 1998 and was recently named honorary chair for the American Heart Association's 2013 Heart Ball. He immediately pitched in by creating a series of heart-healthy menus in his restaurants to benefit the charity throughout the year. In addition, Fox Restaurant Concepts supports several non-profit organizations including notMYkid and UMOM New Day Centers.

An avid traveler, Sam adapts his personal culinary and cultural experiences into the food, décor and overall restaurant experience of each of his concepts.  This allows FRC to stay a step ahead of the latest trends, appealing to hip, sophisticated Guests.

EXHIBIT 4                         PAE-TFK-000328 ebruary 2014

-156-

FRC

## MISSION • VISION • VALUES

*(Read aloud & verify understanding with your new hires. Our Mission, Vision, Values are the cornerstone of our brand!)*

### Mission

**Great Hospitality, Every Time!**

*(Ask the employees "What does Great Hospitality mean to you?")*

### Vision

Together, as a team, we will continue to exceed Guest expectations, create and develop new concepts, honor the values of our craft, consistently improve our business performance and become a nationally recognized leader in the restaurant industry.

### Values

*(Read aloud each of values below and use the statements in italics to better emphasize the meaning)*

Passion for the Industry

> *Passion is what defines us. We have true passion for our industry. You must ensure passion is evident to Guests so they feel unique and invited.*

Integrity in Words and Action

> *Do the right thing even when no one is watching. Say what you mean and mean what you say.*

Dedication to Craftsmanship & Excellence

> *Your passion and dedication must be evident daily, our Guests expect excellence.*

Commitment to Our Employees & Their Success

> *The success of our employees is paramount to our success.*

Service-Oriented Mindset

> *Passion for perfect Guest experience through steps of service and true hospitality.*

Respect for Each Other & for Every Guest

> *We treat each other with respect and kindness, no other behavior is tolerated.*

Accountability to the Financial & Operational Performance of the Restaurant

> *We all are responsible for ensuring we are running a pristine and profitable operation.*

# FOX RESTAURANT CONCEPTS
*Established 1998*

## FRC COMPETENCIES - OUR DNA

### What is a Competency? *(Read aloud)*

We define ourselves through behaviors, knowledge, skills and abilities and other characteristics called "competencies". It is important for our new employees to understand what a competency is, what Fox Restaurant Concepts competencies are and how we use them.

### FRC Competencies

To effectively perform a role in our organization, our employees need to showcase our competencies. We look at how well they are represented in a person when we **hire** (increases the likelihood of hiring people who will succeed) when we **train** (enables people to focus on the skills, knowledge, and characteristics that have the most impact on effectiveness) and when we consider for a **promotion** (provides a method to assess the person's readiness for a new role).

*(Read aloud each of the competencies below and use the statements in italics to better emphasize the meaning)*

Hospitality & Guest Connection // *We find a way to say "yes" to the Guest.*

Job Knowledge & Skills // *We demonstrate basic skills and knowledge of the job.*

Problem Solving, Decision Making, Judgment // *We never say "I don't know".*

Training & Development // *We are always open to feedback.*

Integrity // *We support our culture – and we walk the talk.*

Communication Skills // *We listen actively and respond appropriately.*

Self – Management // *We adapt to change.*

Sensibility & Credibility // *We put others first.*

Sense of Urgency // *We keep up with the pace of the business.*



## OUR CONCEPTS

*(Review each of the concepts we have, and briefly describe those that may be most relevant to the group)*

### The Arrogant Butcher



Already an iconic downtown Phoenix landmark, the restaurant and bar at The Arrogant Butcher is one of the only places where sports fans and theater-goers can enjoy a burger and a beer next to some of Arizona's top politicians. Behind the drawn curtains of the three private dining rooms, one may find bachelorettes toasting former freedoms, important legislation being discussed, or pre-concert parties warming up for the night's big event. The Arrogant Butcher offers the best of everything – seafood, steaks, draft beer, wine and cocktails, comfort food and good company.

*Location: Phoenix AZ*

### Blanco



An afternoon at Blanco will make one wish that all afternoons could be spent south of the border, barefoot, with margarita salt on your lips. Blanco features perfectly prepared plates of street-style carne asada tacos, or award-winning barbecue pork tacos with sweet corn fresh tomato salsa. And what pairs better with an authentic Mexican dish than unforgettable margaritas, sangria, ice cold Mexican beers, and dozens of rare tequilas?

*Locations: Scottsdale AZ, Tucson AZ, Phoenix AZ & (HMS Phoenix Sky Harbor Airport)*

### Culinary Dropout



There are chefs on the line with silver-studded ears and tomahawk hair, to the inked-up, decked-out bar staff shaking and stirring some of the most creative cocktails. It's also a live music venue serving the very best in unique gastro-pub fare that quietly seeks out future musical superstars. Great place to go and hang out.

*Locations: Las Vegas NV, Phoenix AZ & Scottsdale AZ*

### Flower Child



Like any great idea, it began as a humble seed: an ideal place to eat, every single day with a busy schedule in mind. It had to be super healthy, yet insanely delicious and quick. Flower Child is a farm-fresh, ridiculously healthy fast-casual restaurant serving happy food for a healthy world.

*Location: Phoenix AZ*

### The Greene House

The Greene House is a quiet and comfortable craftsman-style eatery with an amazing wraparound patio. The inspired-by-nature cuisine and boutique wine list encourages Guests to linger. The hardwood high-top tables in the lounge are perfect for sharing one crave-worthy desserts, a bottle of wine, or a whole afternoon.

*Location: Scottsdale AZ*

# FOX RESTAURANT CONCEPTS
*Established 1998*

## The Henry



The Henry is the ideal place to grab coffee with friends, a late lunch with a colleague, dinner with the family, an after work cocktail on the scenic patio, or host a cooking class party for friends. The menu combines the very best simple yet hearty dishes ranging from chopped salads, to beefy burgers and truly great steaks & fish. Industrial and classic influences perfectly collide in this open dining space bursting with energy, warm and interesting accents in every corner. Guests think of it as an extension of their own home and office, where they can come and go with ease, hold court or simply sit back, take in the sights and enjoy themselves.

*Location: Phoenix AZ*

## Juby True



Juby True offers cold-pressed juices, smoothies, and boosters that are built on the belief of good nutrition should always taste amazing. We create new pathways to health by making delicious and fresh also quick and easy. When you drink Juby True, you'll get a healthy dose of fruits and vegetables, made from the best possible ingredients. We create chef-driven recipes that balance flavor and nutrition.

*Locations:  Phoenix AZ, Scottsdale AZ*

## Little Cleo's

Little Cleo's, named after the iconic fishing lure is located at The Yard — a unique, neighborhood-inspired development project. When Guests step inside Little Cleo's, they've discovered a hidden coastal gem in the heart of a Central Phoenix neighborhood. This small, intimate restaurant radiates ease with a dash of vintage 40's style, while offering an assortment of fresh ocean fare. Seafood served fresh daily, such as Loup de Mer, Pacific white sea bass, warm truffle butter jars with crab and an array of succulent oysters.

*Location: Phoenix AZ*

## Modern Burger



Often referred to as "The best burger in the Valley", Modern Burger offers flavorful food in a modern, fast - casual experience. Ideal for everyday dining, burger lovers enjoy high quality ingredients, including only fresh ground beef, all beef hot dogs, seasoned skin – on French fries and the shake of the month made with real ice-cream. Modern Burger provides a simple menu of classic favorites, for everyone in the family to order and eat in minutes. It's a modern classic, affordable and delicious.

*Location: (HMS Host Phoenix Sky Harbor Airport)*

## NoRTH

We've turned a modern lens on traditional Italian cooking. North Italia is our love letter to Italy—a place that makes Guests feel like they have stepped off a charming side street to discover a culinary gem. After a decade in business, we've learned a thing or two and we're approaching perfection in the art of handmade pasta and pizza. Every day, we start from scratch to create dishes like Strozzapreti with Bloomsdale spinach or supple ribbons of tagliatelle for our Bolognese. Our pizza is a revelation: an airy, barely chewy center embraced by a perfectly crisp crust. With the spirit of the Italian taverna, North is the place to talk shop over a cocktail or swap gossip sharing.

*Locations: Austin TX, Denver CO, Houston TX, Kansas City KS, Phoenix AZ, Scottsdale AZ & Tucson AZ*

EXHIBIT 4



## Olive & Ivy

Dining under the shady trees on Olive and Ivy's massive patio feels more like Southern France than southern Scottsdale. Guests looking for the pomp and circumstance of quiet elegance, are able to try the signature private-dining venue. If Guests are looking for the night-life, they can experience the outdoor lounge and cocktails at the bar. Guests enter a little Mediterranean world the first moment they set foot in Olive & Ivy.

*Location: Scottsdale AZ & (HMS Host Phoenix Sky Harbor Airport)*



## Sauce

Sauce answers the daily dilemma of "Where are we eating?" This fast, fresh Italian concept offers the cure for every appetite, every day, every time. Whether it's Italian pasta and salads for the family, half a dozen hand-stretched pizzas for the soccer team, "kid-famous" mac & cheese to feed the wild ones, or meatballs that would make your mother-in-law proud . . . this Italian eatery has become the fast-casual dining answer for many families.

*Locations:  Chandler AZ, Mesa AZ, Phoenix AZ, Scottsdale AZ, Tucson AZ & (HMS Host Phoenix Sky Harbor*



## True Food Kitchen

Guests don't have to be die-hard yogis to dine at True Food Kitchen. They only need to have a desire to give their body nutrients, and their palate something memorable. The basis for Dr. Andrew Weil's anti-inflammatory diet isn't meant to deprive a healthy body of great flavors, it's meant to take popular trends in cuisine and pair them with healthy living. The kale and quinoa, will help Guests live longer. Drinking the seabuckthorn and acai, will help them feel better. At True Food Kitchen, we want Guests to feel better, live longer, and make their mouth happy in the process.

*Locations:  Atlanta GA, Dallas TX, Denver CO, Fairfax VA, Houston TX, Newport Beach CA, Phoenix AZ, Scottsdale AZ, San Diego CA, Santa Monica CA*



## Wildflower

As with everything great, one must first seek the roots. In our case, we are lucky enough to have our first restaurant, Wildflower, continuously thriving and serving the local and die-hard fans of Fox Restaurant Concepts in Tucson. While our seasonal menu changes with the calendar, the walls and décor with the years, the one thing that has remained steadfast and true is Wildflower's carefully constructed plates, artfully shaken martinis and loyalty to its Guests.

*Location: Tucson AZ*



## Zinburger

Few things in life are better than a tasty milkshake and a great Certified Angus burger. Zinburger perfects both every day. The hand-cut zucchini, sweet potato, and truffle fries encourages a selfish need to order all three. What's the secret? The restaurant itself… filled with a bright and youthful energy, it makes a Guest just like a kid again. It's awfully hard not to enjoy oneself when surrounded by fields of green grass, light polished wood and a cross-section of the happiest people on the block. The lineup of modestly priced and perfectly paired wine selections compliments every style of burger on the menu, correctly putting the Zin in Zinburger.

*Locations: Gilbert AZ, Phoenix AZ, Scottsdale AZ & Tucson AZ. (Briad – Atlanta GA, Charleston VA, Clifton NJ, Nanuet NJ, Paramus NJ, Sawgrass FL, Southpoint NC, and Walt Whitman NY)*

# FOX RESTAURANT CONCEPTS
*E s t a b l i s h e d   1 9 9 8*

## THE BIG KITCHEN

*(Ask the employees and ask for a show of hands)*

What is The Big Kitchen?

The Big Kitchen is the Corporate Office based in Phoenix.

Why is it called The Big Kitchen?

*Explain*

We enjoy defining ourselves through culinary terms.
Creates a sense of FUN and PRIDE of our CRAFT.
Where ideas are tried out – as in a test kitchen.
Office is right above our restaurant – The Henry which has a training Kitchen.

*Explain that these are the functions (departments) that are also a part of Fox Restaurant Concepts. While based at The Big Kitchen in Phoenix, many of these managers from these departments, are either in the office or in the field providing support to our restaurants.*

| | | |
|---|---|---|
| • Executive Office | • Restaurant Development | • Staffing |
| • Restaurant Operations | • Construction | • Training |
| • Culinary | • Facilities Management | • Payroll and Benefits |
| • Beverage | • IT | • Finance |
| • Group Sales | • Human Resources | • Accounting |

EXHIBIT 4          PAE-TFK-000334          February 2014

-162-

FRC

## EMPLOYEE HANDBOOK REVIEW

### THE HANDBOOK

*(Ask employees to open the Employee Handbook. Highlight the bulletpoints below, while walking the new employees through the **entire** Handbook).*

### Our Guests

The Culture of Hospitality

- We believe Great Hospitality over time guarantees success for a restaurant and company.
- To work at Fox Restaurant Concepts you must genuinely care about people that enter your restaurant.
- You must be unwilling to lose a single Guest.
- Everyone should be actively seeking opportunities to create service with every Guest.

### Expectations

American with Disabilities Act

- We do not discriminate against qualified individuals with regard to any aspect of their employment.

Equal Employment Opportunity

- We are committed to providing a healthy work environment for everyone.
- We have zero tolerance for discrimination or harassment.
- If a problem occurs please address with a member of management, Regional Director or HR.

Harassment Free Workplace

- We maintain strict anti-harassment & anti-discrimination policies prohibiting any form of harassment protected by federal, state or local law.
- Harassment in any form including verbal, physical, electronic and visual contact, threats, demands and retaliation is prohibited.

Being a Hospitality "PRO"

- You are always "on-stage" everyone is watching your every movement and action.
- We will treat you with fairness and respect at all times, we expect the same from you.
- We must offer the highest quality of professional service in town.
- Guest satisfaction is of the utmost importance to us.
- Always err on the side of the Guest.
- Always be aware of your work environment, never cut off a Guest.
- You must be unwilling to lose the loyalty of a single Guest.
- Everyone should be actively seeking opportunities to create service with every Guest.
- We strive to fill our entire restaurant with smiling, friendly enthusiastic people.

Open Communication

- We believe in open communication, every employee has the right to voice his/her concerns.

## General Practices

### The Work Cycle

Immigration Law Compliance

- All offers of employment are contingent on verification of your right to work in the US.
- You are required to provide documentation to verify your right to work.

Payroll Deductions

- We reserve the right to take deductions from your check, in accordance with state law.
- Uniform deductions may also be taken out of your check.
- We will comply with any court order to garnish monies from your check.

Time Keeping

*Emphasize to employees that they must enroll in Ipay (this is a requirement and the only way for our employees to view their pay).*

- You are responsible for clocking in and out every shift.
- Your pay is calculated by YOUR time keeping records.
- Do not start working until you have clocked in.
- When your shift is over clock out.
- If you realize you forgot to clock out contact a manager immediately.
- Never clock another employee in or out.

Meal and Rest Breaks (CA. and NV. ONLY)

- Review legal requirements.

Overtime

- Overtime should be avoided.
- If you are close to overtime let your manager know.

Pay

- Payday is every other Tuesday.
- If you are a tipped employee, please pick up tips during down time, not in the middle of the rush.
- Please double check your first paycheck to ensure all information is correct on it.
- If personal information changes, it is your responsibility to inform payroll of the change.
- When meetings are mandatory you will be paid for your time at the meeting.

Tip Reporting

- Tips are considered taxable to the IRS, you will be taxed on all tips.
- You must report 100% of your tips.
- Tip Rate Determination Agreement in NV.

Communications & Confidential Information

- All Fox Restaurant Concepts information is confidential, recipes, financial information, personnel records etc.
- Marketing will take care of FRC social networking, please don't post on Facebook, or Twitter.
- Understand that utilizing any form of social networking comes with responsibility.
- You are responsible for what you post. Anything you post is online and accessible to the public.

EXHIBIT 4                    PAE-TFK-000336        uary 2014

-164-

# Employee Guidelines

Uniform and Grooming

- Your clothing must be clean and pressed.
- Attire should always be tasteful and appropriate for the concept you are representing.
- Save cologne and perfume for the Guest, let them wear it.
- Hair should not interfere with your work.
- Hands should be clean and groomed neatly.
- Proper hygiene is mandatory.

Employee Meal and Beverage Policy

- Beverages (alcohol where permitted when off duty).
- Shift Meals (at the restaurant).
- Employee Beverages (during shift and health code requirements).

Employee Benefits and Incentives *(Review and emphasize how they are used at your restaurant. Give examples)*

- WellCardRX
- Referral Program
  Fox Restaurant Concepts is always searching for talented, upbeat restaurant professionals for our great restaurants to support our growth.
  - o $100.00 for a referral hired as an hourly employee
  - o $1,000.00 for a referral hired as a manager
- Focus On Excellence Program
  To show our appreciation to employees who exemplify dedication, involvement, teamwork and high performance, we issue movie tickets, iTunes, Starbucks, or Target gift cards.
- Automobile Discounts
  Fox Restaurant Concept employees (no matter where they live) are entitled to receive special benefits from Jim Click – Holmes Tuttle Automotive Group.
- Tuition Reimbursement
  Fox encourages employees to continue their education independently.  To support this initiative, FRC will reimburse eligible employees for tuition expenses incurred during the course of employment according to specific guidelines and limitations.
- Shopper's Report Reward
  To recognize restaurants and employees that attain a perfect score of 100% on the Shopper's Report.  At random, 5 names of employees (FOH/BOH) working the shift when the shopper was in, will be drawn and a $50.00 gift card will be given to each winner.
- Dinner on Us – One Year Anniversary Recognition
  After spending 1 year working for Fox Restaurant Concepts, employees will be invited (with up to 3 Guests) to have dinner on us – at any one of our restaurants.
- 10 Year Anniversary Recognition
  A $1,000.00 American Express gift Card will be presented to employees with 10 years of service for their loyalty and commitment to FRC.
- Dining Discount
  FRC employees are eligible for a dining discount.  Hourly employees will need to present a copy of their most recent Ipay statement, and managers will need to present their Manager Discount Card to the manager on duty at the restaurant.  Unfortunately, the discount will not be honored if appropriate information is not presented.
  - o Off Duty Dining – Hourly
    A 35% discount will be extended (excluding alcohol) when dining at any FRC restaurant.
  - o Off Duty Dining – Managers
    A 50% discount will be extended (excluding alcohol) when dining at any FRC restaurant.

FOX RESTAURANT CONCEPTS

*E s t a b l i s h e d   1 9 9 8*

## Guest Relations

Employee and Guest Relations

- Our #1 priority is our Guests.
- Create a memorable experience for every Guest.

Telephone Etiquette

- Answer the phone with a smile - the Guest can tell!

## Employee Conduct

Behavior

- Treat one another with respect.
- Always have positive behavior and positive attitudes.

Teamwork

- Teamwork is a must.

Drugs and Alcohol

- Drugs and alcohol are unacceptable.

Theft

- Theft of any kind will result in immediate termination of employment.

Company Functions

- Always behave in a responsible manner.

Fraternizing

- We discourage employees from dating or sexual relationships with each other. Managers are not permitted to date or engage in sexual relationships with subordinates.

Gossiping

- Gossip is not tolerated.

Personal Property

- If you bring in personal property, it is at your own risk.

Smoking, Gum, Straws, Toothpicks

- Smoking, Gum Straws and Toothpicks are unacceptable.

Cell Phones

- Cell phones should not be visible and ringers should always be off.

Employee Parking

- Employee parking is……………

Employee Discipline

- Employees will be disciplined when a policy is violated.

EXHIBIT 4                    PAE-TFK-000338        February 2014

-166-

**FOX RESTAURANT CONCEPTS**

*Established 1998*

## Career Development

Growth and Transfers

- TFK Growth
- Culinary Dropout & North growth
- HMSHost partnership – Sky Harbor Airport
- Briad partnership – East of the Mississippi – Zinburger

## Managing Your Time

Attendance

- You are expected to be on time for work.
- Excessive tardiness and absenteeism will result in disciplinary action.

Scheduling

- Schedules are made on Hotschedules.
- You will be able to access Hotschedules for your schedule on……..

Time Off

- To request time off you will need to………

Holidays

- We are closed on Thanksgiving and Christmas ONLY.
- Holidays are typically busy days at FRC, plan on working them.

Types of Leave

- If a personal leave or family medical leave is needed please get with your GM.

## Workplace Safety

*(This will be addressed in greater detail during training, however emphasize the following)*

- We want you and our Guests safe.
- If you spill, wipe it up and display the wet floor sign.
- Don't lift items that are too heavy for you.
- Don't pick up broken glass with bare hands.
- Don't open a locked door unless you know who is on the other side.
- Always walk in pairs to your car.
- The back door should always be locked, not propped open.
- Office doors should always be locked.
- Report all injuries (guest and employee) to a manager.
- How to use Medcor.

EXHIBIT 4                    PAE-TFK-000339                    February 2014

-167-

FOX RESTAURANT CONCEPTS

*Established 1998*

## FRC PUNCH LIST

This list represents service related items that are EXTREMELY IMPORTANT to us, and were initially developed by Sam Fox. It is not an all-inclusive list, but we ask all of our employees to be very attentive to these:

*(Please review the following)*

- Keep cleanliness of the restaurant (especially front door, floors, walls & ledges by server stations).
- Remove any debris outside front door.
- Start your shift with fresh linen bags, empty trash cans, and a clean and well stocked line.
- Keep dumpster area clean at all times.
- Make sure that the line and dish station is always clean throughout the shift - even at the end.
- Stock restrooms and ensure that they are spotless at all times - it Is every one's responsibility.
- Give Guests the right of way.
- Be thorough when resetting a table.  We do not accept sloppy cleaning, leaving crumbs on chairs or booths.
- Keep your attire clean and well pressed - on every shift - even if you are working a double.
- Do not use your mobile device at the restaurant.
- Do not chew gum at the restaurant.
- Make sure roll-ups are clean and neat.
- Keep salt and pepper, and sugar caddies clean and full.
- Show Guests to a restroom.  Do not point.
- Always answer the phone In a professional manner.
- Keep water and ice tea glasses full.  Replace it watered down because of ice.
- Remove first course forks if guests are not eating a first course.
- Use clean towels (not too wet) when wiping down tables.
- Clean and polish glasses.
- Keep table bases clean (polish if appropriate).
- When clearing tables, do not stack dishes on the table in front of Guests.
- Check for gum under the table.
- Be on time.
- When running food.
    - Hot food first.
    - No auctioning food (except Sauce).
    - No back handing.
    - Mark and demark tables.
    - Know seat numbers.
    - Have main entrée or protein face the Guest.
    - No handing off of food once it leaves the line.

### ABOVE ALL...MAKE SURE ALL GUESTS LEAVE HAPPY

FOX RESTAURANT CONCEPTS

*Established 1998*

## WHAT HAPPENS NEXT?

*(At the completion of Orientation take the new hire on a tour of the restaurant and then review the following)*
Orientation is just the first step in the new hires journey at Fox Restaurants Concepts. The onboarding process continues as the new employee begins their training program, completes their final certification and becomes a thriving and wildly successful FRC employee.

### Training Week

The new hire must be scheduled to train with a certified trainer each day of their training program. This will ensure that the new employee feels confident and knowledgeable about all aspects of their position at the completion of thier training program. Each day of training the employee will meet with thier trainer and discuss and the goals for the shift. They will follow the outlined checklist in the training manual to ensure that each item on the checklist has been covered. Trainees must complete any daily quizzes assigned and pass with a 90% or above. Finally, the trainee and manager will meet at the end of each training shift and sign off that all required training is complete and answer any questions the trainee may have.

**You will begin your training on.....** *(Provide the new hire with a copy of thier training schedule)*

### Written Training Materials

*(Review the following training materials)*

Hospitality Manual (position specific)
Menu Knowledge (concept specitic)
Floor Plan (FOH only)

### Final Certification

The final certification should be conducted on the last day of the new employees training program. The trainee will be running the station as the trainer observes and evaluates the performance. The certification checklist found in the training manuals should be used to evaluate the final certification process.

### Uniform

*(Provide the new hire with any uniform items we provide and/or give them the guidelines for any uniform items they must purchase on their own)*

### Restaurant Tour

*(Take your new employee(s) on a detailed tour of all areas of the restaurant)*

In conclusion, make sure each new hire feels comfortable about the information you have presented in orientation. Give them the opportunity to ask questions, share feedback about their training experience and come to management at anytime, our door is always open.

**Welcome your New Employee to the Team!**

EXHIBIT 4          PAE-TFK-000341     February 2014

-169-

EXHIBIT 4

**PAE-TFK-000342**

-170-


















EXHIBIT 4    **PAE-TFK-000343**

-171-