# ATTIRE GUIDELINES

True Food kitchen

*Please note all attire guidelines are subject to manager approval.

| Female | Male | | Server, Bartender & Backserver |
|--------|------|---|-------------------------------|
| | | **Jeans** | **Dark blue** fitted jeans. No fading, acid–wash, or distressed jeans. Jeans should fit properly at the waist and the length should touch the ankle, shoe or be cuffed appropriately. No flare leg or boot cut jeans. No "loud" back pocket stitching, flaps or embellishments. Clean hem, no fraying. No stretch pants, yoga/gym pants or leggings/jeggings are permitted. **Note**: Any question about jean color – see a manager for the jean 'sample' swatch. |
| | | **Shoes** | Clean, canvas shoe, leather shoe or boot (black, brown, grey, tan, navy). Color must compliment the outfit. Shoes can be lace–up or slip–on. Non–slip shoes with adequate arch support are recommended. No athletic shoes or sneakers. |
| | | **Shirt** | Shirts must be clean and wrinkle free when you arrive at work. Shirts must be worn tucked in. Shirt must fit appropriate to your body type. No visible undergarments. |
| | | **Apron** | Aprons must be clean and wrinkle free when you arrive at work. Aprons must be tied in the front. Apron should hit below the knee. |
| | | **Socks** | Neutral colored socks must be worn. |
| | | **Belt** | Black or brown belt with a plain buckle <u>must be worn</u>. Belt should coordinate with the shoe. |
| | | **Accessories** | Dress up your look! We encourage "on trend" tasteful, colorful jewelry and headbands. |
| | | **Nails** | Fingernails must be trimmed and clean. No chipped polish. |
| | | **Hair** | Clean hair (must be pulled back if longer than shoulder length). |

You may order additional TFK T–shirts, long sleeved T–shirts or aprons (at your cost) via the True Food Kitchen employee self–service website at: mytruefoodkitchen.com.

## I agree to follow the attire guidelines outlined above:

| Print Name: | Signature: | Date: |
|-------------|------------|-------|
| | | |

EXHIBIT 5     PAE-TFK-000458
-172-

# ATTIRE GUIDELINES

True Food kitchen

*Please note all attire guidelines are subject to manager approval.

## Hostess



**Shirt –** Blouses that move and are not body clinging. Think fresh, colorful, bohemian chic. No visible undergarments. No t–shirts.

**Dresses –** Think flowy, bohemian chic prints or solid dresses. Dress must be appropriate in length and not <u>too short</u> (think about bending and lifting) and must not touch or drag on the floor.

**Pants –** Must fit at the waist and the length should be appropriate to the outfit. Pants must not touch or drag on the floor. NO jeans, yoga or gym pants are allowed.



**Shoes –** A nice pair of neutral colored booties or "on trend" shoes, flats or sandals. Shoe color must complement the outfit. Make sure footwear is something that you would feel comfortable walking in for long periods of time and that you would feel safe in when walking through the kitchen. Shoes/Boots should be clean and well maintained with no scuffs or excessive wear & tear. No high heels, flip flops, athletic shoes or sneakers**.**



**Accessories –** Dress up your look! We encourage "on trend" tasteful, colorful jewelry, belts and headbands.

Fingernails must be trimmed and clean. No chipped polish.

## Line Cook,  Prep Cook, Dishwasher & Porter



Grey chef smock.
A clean denim apron.
Grey TFK skull cap (or bandana).

**Note:** Any visible short-sleeve undershirts must be solid grey or white.



Chef pants (solid neutral color).
Non–slip safety shoes.

Fingernails must be trimmed and clean.
Clean hair (must be pulled back if longer than shoulder length).

You may order additional smocks, aprons and skull caps (at your cost) via the True Food Kitchen employee self–service website at: [mytruefoodkitchen.com](mytruefoodkitchen.com)**.**

### I agree to follow the attire guidelines outlined above:

| *Print Name:* | *Signature:* | *Date:* |
|---|---|---|
| | | |

EXHIBIT 5                    PAE-TFK-000459

-173-