# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PAE, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>vs.<br><br>FOX RESTAURANT CONCEPTS, LLC d/b/a TRUE FOOD KITCHEN; a Arizona limited liability company; FRC TRUE FOOD SMP, LLC, a California limited liability company; FRC TRUE FOOD SDFV, LLC, a California limited liability company; FRC TRUE FOOD NBFI, LLC, a California limited liability company; and DOES 1 through 25, inclusive,<br><br>                        Defendants. | CASE NO.: 2:16-cv-06965-DSF-FFM<br><br>*Assigned to Hon. Dale S. Fischer*<br><br>[CLASS ACTION]<br><br>**[~~PROPOSED~~] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>NOTE CHANGES BY COURT |

---

**[PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTION FOR CLASS CERTIFICATION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

1

1  The Court, having considered the Joint Stipulation to Continue Hearing Date
2  Set for Plaintiff's Motion for Class Certification and Defendants' Motion for Partial
3  Summary Judgment filed by Plaintiff Jennifer Pae, on behalf of herself and the
4  putative class, and Defendants Fox Restaurant Concepts LLC, FRC True Food SMP
5  LLC, FRC True Food SDFV LLC and FRC True Food NBFI LLC, and for good
6  cause appearing, hereby continues the hearing date on Plaintiff's Motion for Class
7  Certification (Dkt. No. 50) and Defendants' Motion for Partial Summary Judgment
8  (Dkt. No. 51) from November 13, 2017 at 1:30 p.m. to  February 26, 2018 at 1:30 pm
9  [~~February 19, 2018 at 1:30 p.m.~~].

10  **IT IS SO ORDERED.**

12  DATED: __11/12/17__                    /s/ Dale S. Fischer
                                          _____
13                                         THE HON. DALE S. FISCHER
                                          Judge of the Central District of California

**[PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTION FOR CLASS
CERTIFICATION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

2