# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PAE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FOX RESTAURANT CONCEPTS, LLC d/b/a TRUE FOOD KITCHEN; a Arizona limited liability company; FRC TRUE FOOD SMP, LLC, a California limited liability company; FRC TRUE FOOD SDFV, LLC, a California limited liability company; FRC TRUE FOOD NBFI, LLC, a California limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-06965-DSF-FFM<br><br>*Assigned to Hon. Dale S. Fischer*<br><br>[CLASS ACTION]<br><br>**ORDER REVISING CASE SCHEDULE** |

**[PROPOSED] ORDER REVISING CASE SCHEDULE**

1

The Court, having considered the Second Joint Stipulation to Revise Case Schedule filed by Plaintiff Jennifer Pae, on behalf of herself and the putative class, and Defendants Fox Restaurant Concepts LLC, FRC True Food SMP LLC, FRC True Food SDFV LLC and FRC True Food NBFI LLC, and for good cause appearing, hereby resets the case schedule as follows:

| | |
|---|---|
| Motion for Class Certification Hearing: | 4/23/2018 @ 1:30 p.m. |
| Motion for Partial Summary Judgment Hearing: | 4/23/2018 @ 1:30 p.m. |
| Non-Expert Discovery Cut-Off: | 5/11/2018 |
| Expert Disclosure: | 6/15/2018 |
| Expert Rebuttal: | 6/29/2018 |
| Expert Discovery Cut-Off: | 7/27/2018 |
| Last Day for Hearing Motions: | 8/27/2018 |
| Last Day to Conduct ADR: | 9/3/2018 |
| First Set of Filings for Jury Trial:<br>File Memo of Contentions of Fact and Law, LR 16-4;<br>Exhibit & Witness Lists, LR 16-5,6;<br>File Status Report Regarding Settlement;<br>File Motions in Limine | 10/1/2018 |
| Second Set of Filings for Jury Trial:<br>Lodge Pretrial Conference Order, LR 16-7;<br>File Agreed Set of Jury Instructions and Verdict Forms;<br>File Statement Regarding Disputed Instructions, Verdicts, etc.;<br>File Oppositions to Motions in Limine | 10/15/2018 |

///

///

///

| | | |
|---|---|---|
| 1 | Pretrial Conference: | 10/29/2018 @ 3:00 p.m. |
| 2 | Trial: | 12/4/2018 @ 8:30 a.m. |
| 3 | | (7-day est.) |

**IT IS SO ORDERED.**

DATED: 2/5/18

*/s/ Dale S. Fischer*
THE HON. DALE S. FISCHER
Judge of the Central District of California

---

**[PROPOSED] ORDER REVISING CASE SCHEDULE**

3