UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | LA CV 16-06965-DSF (FFMx) |
| Title | Jennifer Pae v. Fox Restaurant Concepts, LLC et al |
| Date | December 3, 2018 |

Present: The Honorable  DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Renee Fisher | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Armand Raffi Kizirian | Daniel Chammas |

**Proceedings:**      **MOTION HEARING (Non-evidentiary)**

AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [76]

The matter is called and counsel state their appearances.  The Court questions counsel as stated in court and on the record on above motion.  The Court grants the motion.  A written order will follow.

**IT IS SO ORDERED.**