UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV16-6965 DSF (FFMx) | Date | March 25, 2019 |
| Title | Jennifer Pae v. Fox Restaurant Concepts, LLC, et al. | | |

Present: The Honorable   DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Stephen Montes Kerr | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alex Hartounian<br>Armand Raffi Kizirian<br>Michael Hagop Boyamian | David L. Cheng |

**Proceedings:** **MOTION HEARING (Non-evidentiary) – Motion for Final Approval of Class Action Settlement [81]**

The matter is called and counsel state their appearances. The Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments. Oral arguments by counsel are heard and the matter is taken under submission. Plaintiff will file additional supporting documents. A written order will follow.

**IT IS SO ORDERED.**